**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Clites, Jimmie | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Clites, Janet |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>dba C&E Glass | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>dba C&E Glass |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 2579 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 0275 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>2107 11th Ave<br>Sterling, IL 61081 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>2107 11th Ave<br>Sterling, IL 61081 |
| County of Residence or of the<br>Principal Place of Business:      Whiteside | County of Residence or of the<br>Principal Place of Business:      Whiteside |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney: | Bernard J. Natale, Illinois 2018683<br>Bernard J. Natale, Ltd.<br>6833 Stalter Drive<br>Suite 201<br>Rockford, IL  61108  ph: 815/964-4700 |
|---|---|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☑ Individual(s)   ☐ Railroad
☐ Corporation   ☐ Stockbroker
☐ Partnership   ☐ Commodity Broker
☐ Other _____   ☐ Clearing Bank

**Nature of Debts** (Check one box)
☐ Consumer/Non-Business   ☑ Business

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7   ☐ Chapter 11   ☐ Chapter 13
☐ Chapter 9   ☐ Chapter 12

**Filing Fee** (Check one box)
☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Jimmie Clites & Janet Clites |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /s/ Jimmie Clites
Signature of Debtor

X    /s/ Janet Clites
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
Oct. 5, 2005
Date

### Signature of Attorney

X    /s/ Bernard J. Natale
Signature of Attorney for Debtor(s)

BERNARD J. NATALE Illinois 2018683
Printed Name of Attorney for Debtor(s)

Bernard J. Natale, Ltd.
Firm Name

6833 Stalter Drive
Address

Suite 201    Rockford, IL  61108

815/964-4700
Telephone Number

Oct. 5, 2005
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

FORM B6A
(6/90)

In re  Jimmie Clites & Janet Clites
_____
        Debtor

Case No. _____
                        (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2107 11 Ave<br>Sterling, IL<br><br>Homestead | Joint Tenancy | J | 132,000 | 64,840 |
| 611 E 3rd St<br>Sterling, IL<br><br>Commercial Building | Joint Tenancy | J | 140,000 | 79,064 |
| 609 E 3rd St<br>Sterling, IL<br><br>Single Family Residence | Joint Tenancy | J | 40,000 | Exceeds FMV |
| 607 E 3rd St<br>Sterling, IL<br><br>Commercial Building | Joint Tenancy | J | 45,000 | Exceeds FMV |
| | | Total ▶ | 357,000 | |

**(Report also on Summary of Schedules)**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30204

FORM B6B
(10/89)   Jimmie Clites & Janet Clites

In re _____     Case No. _____
                    Debtor                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Personal Checking Account - Sauk Valley Bank | J | 200 |
| | | Personal Checking Account - 5th 3rd Bank | W | 43 |
| | | Personal Savings Account - Sauk Valley Bank | J | 407 |
| | | Business Checking - Sauk Valley Bank | J | 1,200 |
| | | Business checking - Fifth Third Bank | J | 195 |
| | | Edward D Jones - money market account | J | 700 |
| | | Personal Savings Account - Sterling Federal Bank | W | 200 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods & Furnishings | J | 2,000 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6B
(10/89)

In re ___Jimmie Clites & Janet Clites_____   Case No. _____
                  Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | Clothing & Wearing Apparel | J | 500 |
| 7.   Furs and jewelry. | | Misc jewelry and wedding rings | J | 100 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | ReliaStar Life Insurance Co - whole life  Policy owner is C And E Glass Company | H | 2,000 |
| | | ReliaStar Life Insurance Co - whole life  Policy owner is C And E Glass Company | W | 1,000 |
| | | State Farm Insurance - whole life | W | 500 |
| | | Midwest Security - term insurance | W | 1 |
| | | Mass Mutual - whole life | W | 200 |
| | | Western & Southern Life Insurance - whole life | H | 700 |
| 10.   Annuities.  Itemize and name each issuer. | X | | | |
| 11.   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Western & Southern Life Insurance - IRA | W | 5,000 |
| | | Jackson National Life - IRA | W | 10,000 |
| | | Fifth Third Bank  - IRA | H | 5,000 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6B
(10/89)

In re ___Jimmie Clites & Janet Clites_____   Case No. _____
         Debtor                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | C & E Glass | J | 1 |
| 13.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | | Accounts Receivable of C & E Glass  Gross Value | J | 19,602 |
| 16.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | | Possible Claim for Chriopractic Malpractice | H | Unknown |
| 21.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Chevy Malibu | J | 10,000 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30204

FORM B6B
(10/89)

In re _____   Case No. _____
        Jimmie Clites & Janet Clites
                    Debtor                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1988 Chevy 1/2 ton pickup with glass rack<br>Titled in name of C & E Glass Co. | J | 2,500 |
| | | 1994 Dodge Ram 1/2 ton pickup with glass rack<br>Titled in name of C & E Glass Co. | J | 3,000 |
| | | 1998 Dodge Dakota pickup<br>Titled in name of C & E Glass Co and  Steven Clites.  Debtor did not sign loan docs and debt has been paid by Steven.  Truck financed by Steven at Sterling Federal Bank. | C | 5,500 |
| 24.  Boats, motors, and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | | Misc office equipment of C & E Glass Co. | J | 4,000 |
| 27.  Machinery, fixtures, equipment, and supplies used in business. | | Tools and equipment for C & E Glass Co. | J | 20,500 |
| 28.  Inventory. | | Glass inventory of C & E Glass Co. | J | 5,000 |
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested.  Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6B
(10/89)

In re _____Jimmie Clites & Janet Clites_____    Case No. _____
        Debtor                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **33.  Other personal property of any kind not already listed.** | X | | | |

0
——— continuation sheets attached

Total ▶  $              100,049

**(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30204

FORM B6C
(6/90)

Jimmie Clites & Janet Clites

In re _____    Case No._____

Debtor                                                           (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. §522(b)(1)   Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 2107 11 Ave<br>Sterling, IL | 735 I.L.C.S 5§12-901<br>735 I.L.C.S 5§12-901 | 7,500<br>7,500 | 132,000 |
| Personal Checking Account - Sauk Valley Bank | 735 I.L.C.S 5§12-1001(b) | 200 | 200 |
| Personal Savings Account - Sauk Valley Bank | 735 I.L.C.S 5§12-1001(b) | 407 | 407 |
| Business Checking - Sauk Valley Bank | 735 I.L.C.S 5§12-1001(b)<br>735 I.L.C.S 5§12-1001(b) | 200<br>1,000 | 1,200 |
| Business checking - Fifth Third Bank | 735 I.L.C.S 5§12-1001(b) | 193 | 195 |
| Household Goods & Furnishings | 735 I.L.C.S 5§12-1001(b)<br>735 I.L.C.S 5§12-1001(b) | 1,000<br>1,000 | 2,000 |
| Clothing & Wearing Apparel | 735 I.L.C.S 5§12-1001(a)<br>735 I.L.C.S 5§12-1001(a) | 250<br>250 | 500 |
| ReliaStar Life Insurance Co - whole life | 735 I.L.C.S 5§12-1001(f) | 2,000 | 2,000 |
| ReliaStar Life Insurance Co - whole life | 735 I.L.C.S 5§12-1001(f) | 1,000 | 1,000 |
| State Farm Insurance - whole life | 735 I.L.C.S 5§12-1001(f) | 500 | 500 |
| Midwest Security - term insurance | 735 I.L.C.S 5§12-1001(f) | 1 | 1 |
| Mass Mutual - whole life | 735 I.L.C.S 5§12-1001(f) | 200 | 200 |
| Western & Southern Life Insurance - whole life | 735 I.L.C.S 5§12-1001(f) | 700 | 700 |
| Western & Southern Life Insurance - IRA | 735 I.L.C.S 5§12-1006 | 5,000 | 5,000 |
| Jackson National Life - IRA | 735 I.L.C.S 5§12-1006 | 10,000 | 10,000 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6C
(6/90)

In re ___Jimmie Clites & Janet Clites_____    Case No._____
                                    Debtor                                                                (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Fifth Third Bank  - IRA | 735 I.L.C.S 5§12-1006 | 5,000 | 5,000 |
| Edward D Jones - money market account | 735 I.L.C.S 5§12-1006 | 700 | 700 |
| Possible Claim for Chriopractic Malpractice | 735 I.L.C.S 5§12-1001(h)(4) | $7,500 | Unknown |
| 2005 Chevy Malibu | 735 I.L.C.S 5§12-1001(c) | 1,200 | 10,000 |
| 1988 Chevy 1/2 ton pickup with glass rack | 735 I.L.C.S 5§12-1001(c) | 1,200 | 2,500 |
| Tools and equipment for C & E Glass Co. | 735 I.L.C.S 5§12-1001(d) 735 I.L.C.S 5§12-1001(d) | 750 750 | 20,500 |

Form B6D
(12/03)

In re _____,   Case No. _____
       Jimmie Clites & Janet Clites

**Debtor**                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0202254850<br><br>Fifth Third Bank<br>PO Box 630778<br>Cincinnati, OH 45263 | | J | Incurred: 1987<br>Lien: 1st Mortgage<br>Security: 2107 11 Ave<br>Sterling, IL<br><br>VALUE $ 132,000 | | | | 39,687 | 0 |
| ACCOUNT NO. 00841834906<br><br>Fifth Third Bank<br>PO Box 630778<br>Cincinnati, OH 45263 | | J | Incurred: 1991<br>Lien: 2nd Mortgage<br>Security: 2107 11 Ave<br>Sterling, IL<br><br>VALUE $ 132,000 | | | | 25,170 | 0 |
| ACCOUNT NO.<br><br>Fifth Third Bank<br>PO Box 630778<br>Cincinnati, OH 45263 | | J | Incurred: 1994<br>Lien: 1st Mortgage<br>Security: 611 E 3rd St, Sterling, IL<br>Cross Collaterized with 609 E 3rd St, Sterling, IL<br><br>VALUE $ 140,000 | | | | 64,700 | 0 |
| ACCOUNT NO.<br><br>Fifth Third Bank<br>PO Box 630778<br>Cincinnati, OH 45263 | | J | Incurred: 1996<br>Lien: 1st Mortgage<br>Security: 609 E 3rd St<br>Sterling, IL<br>Cross Collaterized with 611 E 3rd St, Sterling, IL<br><br>VALUE $ 40,000 | | | | 64,700 | 24,700 |

  2  _____continuation sheets attached

Subtotal➤ (Total of this page)  $ 194,257

Total➤ (Use only on last page)  $

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6D - Cont.
(12/03)

In re ___Jimmie Clites & Janet Clites_____,    Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mid American Glass<br>PO Box 3428<br>Davenport, IA 52808 | | J | Incurred: 02/2005<br>Lien: 3rd Mortgage<br>Security: 607 E 3rd St<br>Sterling, IL<br><br>VALUE $ 45,000 | | | | 22,815 | 0 |
| ACCOUNT NO.<br><br>Sauk Valley Bank<br>201 W 3rd St<br>Sterling, IL 61081 | | J | Incurred: 2002<br>Lien: 2nd Mortgage<br>Security: 611 E 3rd St<br>Sterling, IL<br><br>VALUE $ 140,000 | | | | 14,364 | 0 |
| ACCOUNT NO.<br><br>Sterling Federal Bank<br>110 E 4th St<br>Sterling, IL 61081 | | J | Incurred: 1998<br>Lien: 1st Mortgage<br>Security: 607 E 3rd St<br>Sterling, IL<br><br>VALUE $ 45,000 | | | | 30,000 | 0 |
| ACCOUNT NO. 11-15-304-008<br><br>Whiteside County Collector<br>200 East Knox Street<br>Morrison, IL  61270 | | | Incurred: 2004<br>Lien: 2004 Real Estate Taxes<br>Security: 2107  11th Avenue - Sterling, IL<br><br>VALUE $ 132,000 | | | | 4,194 | 0 |
| ACCOUNT NO. 11-15-304-009<br><br>Whiteside County Collector<br>200 East Knox Street<br>Morrison, IL  61270 | | | Incurred: 2004<br>Lien: 2004 Real Estate Taxes<br>Security: 2107  11th Avenue - Sterling, IL<br><br>VALUE $ 132,000 | | | | 128 | 0 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal ▶ | $ | 71,501
(Total of this page)

Total ▶ | $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6D - Cont.
(12/03)

In re Jimmie Clites & Janet Clites
_____,    Case No. _____
**Debtor**    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 11-22-354-008<br><br>Whiteside County Collector<br>200 East Knox Street<br>Morrison, IL 61270 | | | Incurred: 2004<br>Lien: 2004 Real Estate Taxes<br>Security: 2107 11th Avenue - Sterling, IL<br><br>VALUE $ 132,000 | | | | 2,602 | 0 |
| ACCOUNT NO. 11-22-354-007<br><br>Whiteside County Collector<br>200 East Knox Street<br>Morrison, IL 61270 | | | Incurred: 2004<br>Lien: 2004 Real Estate Taxes<br>Security: 609 E. 3rd St. - Sterling, IL<br><br>VALUE $ 40,000 | | | | 1,519 | 0 |
| ACCOUNT NO. 11-22-354-006<br><br>Whiteside County Collector<br>200 East Knox Street<br>Morrison, IL 61270 | | | Incurred: 2004<br>Lien: 2004 Real Estate Taxes<br>Security: 607 E. 3rd St. - Sterling, IL<br><br>VALUE $ 45,000 | | | | 1,802 | 0 |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤    $ 5,923
(Total of this page)

Total ➤    $ 271,681
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E
(04/04)

In re Jimmie Clites & Janet Clites                                              .        Case No._____
_____                                                            (if known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☑    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐    **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☑    **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___4___ continuation sheets attached

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Jimmie Clites & Janet Clites

In re _____,    Case No. _____
                      **Debtor**                                                                   **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries & Commissions

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Steven Clites<br>511 3 Tenth St<br>Sterling, IL 61081 | X | J | Incurred: Aug 15, 2005 - Sept 2005<br>Consideration: Business debts | | | X | 1,771 | 1,771 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. __1__ of __4__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ | $ | 1,771
Total ➤ | $ |
(Total of this page)

(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Jimmie Clites & Janet Clites

In re _____,    Case No. _____
　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Spousal or Child Support**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 92D146 10 20/SC387<br><br>Illinois State Disbursement Unit<br>Accounting Supervisor<br>PO Box 5920<br>Carol Stream, IL  60195-5920 | X | | Consideration: NSF Checks & Non-pay for Child Support<br>Randy Clites - Whiteside County | | | X | 6,000 | 6,000 |
| ACCOUNT NO.<br><br>Randy Clites<br>615  15th Avenue<br>Sterling, IL  61081 | X | | Incurred: 2003-2004<br>Consideration: Withheld support from wages but not remitted | | | X | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. __2__ of __4__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤　$　　6,000
(Total of this page)

Total ➤　$
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Jimmie Clites & Janet Clites

In re _____,     Case No. _____
                          **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes & Debts to Governments**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2031-5678 <br><br> Collection Services Division <br> IL Dept of Revenue - 100% Penalty Unit <br> PO Box 19035 <br> Springfield, IL 62794-9035 | X | | | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> IL Dept of Revenue <br> 211 S. Wyman <br> Rockford, IL  61101 | X | | | | | X | Notice Only | Notice Only |
| ACCOUNT NO.  2031-5678 <br><br> IL Dept of Revenue <br> Bankruptcy Section <br> PO Box 64338 <br> Chicago IL 60664-0338 | X | | Incurred: 2004-2005 | | | X | 14,240 | 14,240 |
| ACCOUNT NO. <br><br> Internal Revenue Service <br> 211 S. Court St. <br> Rockford, IL  61101 | X | | | | | X | Notice Only | Notice Only |
| ACCOUNT NO.  36-3555763 <br><br> Internal Revenue Service <br> Mail Stop 5010 CHI <br> 230 S. Dearborn Street <br> Chicago, IL 60604 | X | | Incurred: 2001-2005 | | | X | 181,000 | 181,000 |

Sheet no. __3__ of __4__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤   $   195,240
(Total of this page)

Total ➤   $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Jimmie Clites & Janet Clites

In re _____,    Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes & Debts to Governments

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  04 AR 179ST<br><br>St. of IL - IL Dept. of Labor<br>% Jennifer Y. Wu - Asst. Attny General<br>100 W. Randolph St. - 13th Floor<br>Chicago, IL  60601 | X | | | | | X | 7,916 | 7,916 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ $ 7,916
(Total of this page)

Total ➤ $ 210,927
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F (12/03)

In re _____,   Case No. _____
      Jimmie Clites & Janet Clites
      **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary  of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  10939511<br><br>Academy Collection Service, Inc.<br>10965 Decatur Road<br>Philadelphia, PA  19154-3210 | | | Consideration: Collection on behalf of Citibank | | | | 9,379 |
| ACCOUNT NO.  020-300-0383<br><br>Alltel Publishing<br>360 HIghland Road<br>Macedonia, OH  44056 | X | | Consideration: Publishing | | | X | 1,562 |
| ACCOUNT NO.  Various<br><br>AM Bevel, Inc.<br>280 Alessio Drive<br>Joliet, IL  60433 | X | | Consideration: Material Supplier | | | X | 609 |
| ACCOUNT NO.<br><br>Amcore Bank<br>302 1st Ave<br>Sterling, IL 61081 | X | W | Incurred: 2000<br>Consideration: Co-signor<br>Co-signor for son's 1999 GMC pickup | X | | | 4,000 |

     __9__ continuation sheets attached

Subtotal ➤ | $ | 15,550
(Total of this page)

Total ➤ | $ |
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Jimmie Clites & Janet Clites

In re _____,          Case No. _____
                **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Amcore Bank<br>302 1st Ave<br>Sterling, IL   61081 | X | W | Incurred: 1995<br>Co-signor for son's personal residnece at 511 E 10th St, Sterling, IL | X | | | 40,000 |
| ACCOUNT NO.  31643 & 35724 <br><br>APC Programs<br>5251 Zenith Parkway<br>Loves Park, IL  61111 | X | | Consideration: Material Supplier | | | X | 50 |
| ACCOUNT NO.  5178-0523-7466-2472 <br><br>Capital One Bank<br>4851 Cox Rd. - #1203<br>Glen Allen, VA  23060 | | | Consideration: Credit card debt | | | | 454 |
| ACCOUNT NO.  5424-1803-7624-0641 <br><br>Citi Platinum Select<br>PO Box 6000<br>The Lakes, NV  89163-6000 | | | Consideration: Credit card debt | | | | 679 |
| ACCOUNT NO.  6011-0076-8052-8600 <br><br>Discover<br>PO Box 15192<br>Wilmington, DE  19850-5192 | | | Consideration: Credit Card | | | | 5,444 |

Sheet no.  1    of  9    continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $     46,627
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Jimmie Clites & Janet Clites

In re _____,        Case No. _____
              **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   10176366<br><br>DunsDemand<br>PO Box 280431<br>East Hartford, CT  06128-0431 | X | | Consideration: Collection on behalf of Continental  Western Group | | | X | 1,607 |
| ACCOUNT NO.   ILSTR0084<br><br>Fastenal<br>2140 Industrial Drive<br>Sterling, IL  61081 | X | | Consideration: Material Supplier | | | X | 30 |
| ACCOUNT NO.   5858-8323-9807-6156<br><br>Fifth Third Bank<br>PO Box 630778<br>Cincinnati, OH  45263 | | | Consideration: Overdraft Protection Account | | | | 3,520 |
| ACCOUNT NO.   36002<br><br>Fyr Fyter<br>PO Box 614<br>Dixon, IL  61021 | X | | Consideration: Material Supplier | | | X | 25 |
| ACCOUNT NO.   1251042<br><br>GC Services<br>PO Box 79<br>Elgin, IL  60121 | | | Consideration: Collection on behalf of IL Dept. Employment Security | | | | Notice Only |

Sheet no. _2_ of _9_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $  5,182
(Total of this page)
Total➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Jimmie Clites & Janet Clites

In re _____,    Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1799750 <br><br> Joseph, Mann & Creed <br> PO Box 22253 <br> Beachwood, OH  44122-0253 | X | | Consideration: Collection on behalf of Alltel Publishing | | | X | Notice Only |
| ACCOUNT NO. F03004 <br><br> Lindgren, Callihan, Van Osdol & Co. <br> PO Box 567 <br> Freeport, IL  61032 | | | Consideration: Tax Preparation | | | | 768 |
| ACCOUNT NO. F06472.0 <br><br> Lindgren, Callihan, Van Osdol & Co. <br> PO Box 567 <br> Freeport, IL 61032 | X | | Consideration: Tax Preparation | | | X | 660 |
| ACCOUNT NO. 4264-2905-8916-9479 <br><br> MBNA <br> Bankruptcy Department <br> PO Box 15019 <br> Wilmington, DE  19888-5019 | | | Consideration: Credit Card Debt | | | | 9,664 |
| ACCOUNT NO. 1715866 <br><br> McLeodUSA <br> PO Box 3243 <br> Milwaukee, WI  53201-3243 | X | | Consideration: Telephone Service | | | X | 385 |

Sheet no. _3_ of _9_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $    11,477
(Total of this page)
Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Jimmie Clites & Janet Clites

In re _____,   Case No. _____

**Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6012-5001-1392-1763<br><br>Menards<br>Conseco Finance<br>PO Box 6150<br>Rapid City, SD  57709-6150 | | | Consideration: Credit card debt | | | | 3,362 |
| ACCOUNT NO. 192607<br><br>Mid-American Glass, Inc.<br>PO Box 3428<br>Davenport, IA  52808 | X | | Consideration: Material Supplier | | | X | 186 |
| ACCOUNT NO.<br><br>Mulherin, Rehfeldt & Varchetto, PC<br>211 S Wheaton Ave # 200<br>Wheaton, IL 60187 | | | Attorneys for Fifth Third Bank | | | | Notice Only |
| ACCOUNT NO. 12815<br><br>New Millenium Directories, Inc.<br>319 First Avenue<br>Sterling, IL  61081 | X | | Consideration: Advertising | | | X | 635 |
| ACCOUNT NO. 8-38-62-2388-0<br><br>NiCor Bankruptcy Department<br>1844 Ferry Road<br>Naperville, IL  60563 | | | Consideration: Heating | | | | 554 |

Sheet no. _4_ of _9_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  4,737
(Total of this page)

Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Jimmie Clites & Janet Clites

In re _____,      Case No. _____
                        **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 503563<br>Pierce & Associates<br>1 North Dearborn - Ste. 1300<br>Chicago, IL  60602 | | | Consideration: Attorneys for Fifth-Third Bank | | | | Notice Only |
| ACCOUNT NO. Various<br>Pitney Bowes<br>2225 American Drive<br>Neenah, WI  54956-1005 | X | | Consideration: Postage Meter Rental | | | X | 67 |
| ACCOUNT NO. 8596855<br>RAB, Inc.<br>PO Box 34111<br>Memphis, TN  38184-0111 | | | Consideration: Collection on behalf of Fifth Third Bank | | | | 19,533 |
| ACCOUNT NO.<br>Randy Clites<br>615  15th Avenue<br>Sterling, IL  61081 | | | | | | | Notice Only |
| ACCOUNT NO. 237-6010-0006-1333<br>Retail Services<br>PO Box 703<br>Wood Dale, IL  60191-0703 | | | Consideration: Credit card debt | | | | 3,188 |

Sheet no. __5__ of __9__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  22,788
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Jimmie Clites & Janet Clites

In re _____,          Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Various <br><br> Rockford Central Plastics <br> 6715 W. State Street <br> Rockford, IL  61102 | X | | Consideration: Material Supplier | | | X | 1,198 |
| ACCOUNT NO.  C&65272 <br><br> Royal Publishing <br> 7620 N. Harker Drive <br> Peoria, IL  61615-1849 | X | | Consideration: Advertising | | | X | 115 |
| ACCOUNT NO.  NSF-1436 <br><br> RRCA Accounts Management, Inc. <br> 312  Locust St. <br> Sterling, IL  61081 | | | Consideration: NSF checks | | | | 75 |
| ACCOUNT NO.  9176 <br><br> Sauk Valley Newspapers <br> PO Box 498 <br> Sterling, IL  61081 | X | | Consideration: Advertising | | | X | 224 |
| ACCOUNT NO.  500141998 <br><br> SBC Yellow Pages <br> RH Donnelley <br> PO Box 807008 <br> Kansas City,MO  64180-7008 | X | | Consideration: Advertising | | | X | 2,321 |

Sheet no. __6__ of __9__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $          3,933
(Total of this page)
Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Jimmie Clites & Janet Clites

In re _____,    Case No. _____
             **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Shawver Press<br>120 E. Lincolnway<br>Morrison, IL  61270 | X | | Consideration: Advertising | | | X | 18 |
| ACCOUNT NO.  654-874-742<br><br>Shell Credit Card Center<br>PO Box 9081<br>Des Moines, IA  50368-9081 | | | Consideration: Credit card debt | | | | 1,116 |
| ACCOUNT NO.  Various<br><br>Smeltzer Insurance Agency<br>PO Box 31<br>Rock Falls, IL  61071 | X | | Consideration: Insurance | | | X | 92 |
| ACCOUNT NO.  7972-8220-0004-6942<br><br>Staples Credit Plan<br>PO Box 689162<br>Des Moines, IA 50638-9163 | X | | Consideration: Office Supplies | | | X | 3,114 |
| ACCOUNT NO.  11865B<br><br>Sterling CWMC<br>110 East Lynn Blvd.<br>Sterling, IL  61081 | | | Consideration: Medical services | | | | 231 |

Sheet no. __7__ of __9__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $      4,571
(Total of this page)
Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Jimmie Clites & Janet Clites

In re _____,          Case No. _____

            **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Steven Clites<br>511 E. 10th Street<br>Sterling, IL  61081 | | | | | | | Notice Only |
| ACCOUNT NO.  22256<br>Supreme Cleaners, Inc.<br>2015 N. Brinton Avenue<br>Dixon, IL  61021 | X | | Consideration: Subcontractor | | | X | 500 |
| ACCOUNT NO.  00181539-02<br>Trackers, Inc.<br>PO Box 1227<br>Bettendorf, IA  52722 | | | Consideration: Collection on behalf of Advanced Hearing Aid Service | | | | 2,500 |
| ACCOUNT NO.  317001<br>Trans Atlantic Co.<br>PO Box 37006<br>Philadelphia, PA  19123 | X | | Consideration: Material Supplier | | | X | 81 |
| ACCOUNT NO.  004141856-01-0101<br>Valentine & Kebartas, Inc.<br>PO Box 325<br>Lawrence, MA  01842 | X | | Consideration: Collection on behalf of Dell Financial Services | | | X | 2,017 |

Sheet no. __8__ of __9__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  5,098
(Total of this page)

Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Jimmie Clites & Janet Clites

In re _____,    Case No. _____
               **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Various<br><br>Ward, Murray, Pace & Johnson<br>PO Box 499<br>Sterling, IL  61081 | | | Consideration: Legal services | | | | 3,252 |
| ACCOUNT NO.<br><br>Weinstine, Shirk &<br>Buckwalter-Schurman, PC<br>PO Box 409<br>Morrison, IL  61270 | | | Attorneys for Sterling Federal Bank | | | | Notice Only |
| ACCOUNT NO.  054845<br><br>Yellow Book USA<br>PO Box 3162<br>Cedar Rapids, IA  52406 | X | | Consideration: Advertising | | | X | 320 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no.  9    of  9    continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ►  $  3,572
(Total of this page)
Total ►  $  123,535
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6G
(10/89)

Jimmie Clites & Janet Clites

In re _____    Case No. _____
Debtor                                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6H
(6/90)

In re _____Jimmie Clites & Janet Clites_____     Case No._____
                     Debtor                                                                   (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Steven Clites<br>511 E 10th St<br>Sterling, IL | Amcore Bank |
| Randy Clites<br>615 15th Ave<br>Sterling, IL 61081 | Amcore Bank |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6I
12/03

In re  Jimmie Clites & Janet Clites                    ,    Case No._____
_____              (if known)
            Debtor

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP      No dependents | AGE |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Retired | Manager |
| Name of Employer | | C & E Glass |
| How long employed | | 22 years |
| Address of Employer | | 611 E 3rd St |
| | | Sterling, IL |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0 | $ 0 |
| Estimated monthly overtime | $ 0 | $ 0 |
| SUBTOTAL | $ 0 | $ 0 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0 | $ 0 |
| b. Insurance | $ 0 | $ 0 |
| c. Union Dues | $ 0 | $ 0 |
| d. Other (Specify:_____) | $ 0 | $ 0 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0 | $ 0 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0 | $ 0 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0 | $ 0 |
| Income from real property | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0 | $ 0 |
| Social security or other government assistance (Specify)    (D)Social Security        (S)Social Security | $ 980 | $ 660 |
| Pension or retirement income | $ 0 | $ 0 |
| Other monthly income (Specify) _____ | $ 0 | $ 0 |
| _____ | $ 0 | $ 0 |
| TOTAL MONTHLY INCOME | $ 980 | $ 660 |

TOTAL COMBINED MONTHLY INCOME      $ 1,640          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Rental properties vacant since June and Aug 2005

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30204

FORM B6J
(6/90)

In re  Jimmie Clites & Janet Clites

_____,  Case No. _____
Debtor                                                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 392 |
| Are real estate taxes included?     Yes _____ No ✓ | |
| Is property insurance included?     Yes _____ No ✓ | |
| Utilities     Electricity and heating fuel | $ 150 |
|        Water and sewer | $ 40 |
|        Telephone | $ 75 |
|        Other    Cable & internet | $ 65 |
| Home maintenance (Repairs and upkeep) | $ 100 |
| Food | $ 300 |
| Clothing | $ 50 |
| Laundry and dry cleaning | $ 0 |
| Medical and dental expenses | $ 450 |
| Transportation (not including car payments) | $ 150 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50 |
| Charitable contributions | $ 80 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|        Homeowner's or renter's | $ 55 |
|        Life | $ 74 |
|        Health | $ 198 |
|        Auto | $ 58 |
|        Other _____ | $ 0 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ Property | $ 360 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|        Auto | $ 0 |
|        Other   2nd mortgage | $ 117 |
|        Other _____ | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 |
| Payments for support of additional dependents not living at your home | $ 0 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0 |
| Other _____ Misc Personal | $ 100 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)  |  $ 2,864

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | $ N.A. |
| B.  Total projected monthly expenses | $ N.A. |
| C.  Excess income (A minus B) | $ N.A. |
| D.  Total amount to be paid into plan each _____ N.A. | $ N.A. |
| (interval) | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## Northern District of Illinois

Jimmie Clites & Janet Clites

In re _____     Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A  -  Real Property | YES | 1 | $        357,000 | | |
| B  -  Personal Property | YES | 5 | $        100,049 | | |
| C  -  Property Claimed As Exempt | YES | 2 | | | |
| D  -  Creditors Holding Secured Claims | YES | 3 | | $        271,681 | |
| E  -  Creditors Holding Unsecured Priority Claims | YES | 5 | | $        210,927 | |
| F  -  Creditors Holding Unsecured Nonpriority Claims | YES | 10 | | $        123,535 | |
| G  -  Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H  -  Codebtors | YES | 1 | | | |
| I  -  Current Income of Individual Debtor(s) | YES | 1 | | | $        1,640 |
| J  -  Current Expenditures of Individual Debtor(s) | YES | 1 | | | $        2,864 |
| Total Number of Sheets in ALL Schedules ▶ | | 30 | | | |
| Total Assets ▶ | | | 457,049 | | |
| Total Liabilities ▶ | | | | 606,143 | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30204

Official Form 6-Cont.
(12/03)

In re    Jimmie Clites & Janet Clites                    ,    Case No. _____
                    Debtor                                                (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 31 _____
sheets and that they are true and correct to the best of my knowledge, information and belief.                (Total shown on summary page plus 1)

Date    Oct. 5, 2005                          Signature    /s/ Jimmie Clites
                                                                      Debtor

Date    Oct. 5, 2005                          Signature    /s/ Janet Clites
                                                                      (Joint Debtor, if any)

                                              [If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                                      (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        _____
Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form 7
(12/03)

**FORM 7.  STATEMENT OF FINANCIAL AFFAIRS**

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF ILLINOIS

In Re  Jimmie Clites & Janet Clites                              Case No. _____
_____
(Name)                                                                        (if known)
Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1.   Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE (if more than one)

2005(db)

2004(db)

2003(db)

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| 2005(jdb) | 2400 | Approx Wages |
| 2004(jdb) | 31800 | Wages |
| 2003(jdb) | 23400 | Wages |

**2.  Income other than from employment or operation of business**

None  ☐   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2005(db) | 950 | Rental Income |
| 2004(db) | 490 | Rental Income |

**3.  Payments to Creditors**

None  ☐   a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| NiCor<br>PO Box 2020<br>Aurora, IL 60507 | Sept 2005 | 750 | 700 |
| Home | Monthly | Scheduled | Scheduled |

None  ☒   b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sterling Federal Bank v Clites, et al 2005 CH 130 | Foreclosure | Whiteside County, IL | Pending |
| Illinois Department of Labor v Clites 04 AR 179 ST | Collection | Whiteside County, IL | Pending |
| 5th 3rd Bank v Clites, et al 04 CH 110 | Foreclosure | Whiteside County, IL | Judgment |

None ☒   b.      Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and Receiverships**

None
☒
a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒
b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
☒
List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
☐
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Vandalism of glass company | Damage less than deductible | Nov 19, 2004 |
| Vandalism of 607 E 3rd St | 2165 received from insurance company which was tendered to tenant for damages. | Nov 19, 2004 |

**9.   Payments related to debt counseling or bankruptcy**

None

☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Bernard J. Natale<br>Bernard J. Natale, Ltd.<br>308 W. State Street, Suite 470<br>Rockford, Illinois 61101 | Sept 2005 | 2500 + costs |

**10.   Other transfers**

None

☒   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11.   Closed financial accounts**

None

☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.   Safe deposit boxes**

None

☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30204

**13.  Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None ☒

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME |
|---|

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None 

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| C & E Glass | 36-3555763 | 611 E 3rd St Sterling, IL | Glass Co (Corporation dissolved 2003) | 1984 - 2005 |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None   a.      List all bookkeepers and accountants who within the six years immediately preceding the filing of this
☐      bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

Janet Clites                                           2003 - 2005

None   b.      List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒      case have audited the books of account and records, or prepared a financial statement  of the debtor.

NAME                            ADDRESS                    DATES SERVICES RENDERED

None   c.      List all firms or individuals who at the time of the commencement of this case were in possession of the
☐      books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                            ADDRESS

Janet Clites

None   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐      financial statement was issued within the two years immediately preceding the commencement of this case by
       the debtor.

NAME AND ADDRESS                          DATE
                                          ISSUED

Sauk Valley Bank                          May 2005

**20.  Inventories**

None   a.      List the dates of the last two inventories taken of your property, the name of the person who supervised the
☐      taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/31/04 | Janet Clites | Approx 35000 @ cost |
| 12/31/03 | Janet Clites | Approx 42000 @ cost |

None   b.      List the name and address of the person having possession of the records of each of the two inventories
☐          reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 12/31/03 & 04 | Janet Clites |

**21. Current Partners, Officers, Directors and Shareholders**

None   a.      If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None   b.      If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☒          directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None   a.      If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒          immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None   b.      If the debtor is a corporation, list all officers, and directors whose relationship with the corporation
☒          terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23.   Withdrawals from a partnership or distribution by a corporation**

None      If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒          including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
          perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24.    Tax Consolidation Group**

None
☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25.    Pension Funds**

None
☒    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

\*    \*    \*    \*    \*    \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    Oct. 5, 2005                    Signature        /s/ Jimmie Clites
                                       of Debtor        JIMMIE CLITES

Date    Oct. 5, 2005                    Signature        /s/ Janet Clites
                                       of Joint Debtor  JANET CLITES

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                             (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                    _____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*
*11 U.S.C. § 110;  18 U.S.C. §156.*        Continuation sheets attached

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30204

Form B8 (Official Form 8)
(12/03)

**Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

**UNITED STATES BANKRUPTCY COURT**

**Northern District of Illinois**

In re   Jimmie Clites & Janet Clites                    ,          Case No. _____

                      Debtor

                                                            Chapter      Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  We have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  We intend to do the following with respect to the property of the estate which secures those consumer debts:

*a.  Property to Be Surrendered.*

| Description of Property | Creditor's name |
|---|---|
| 611 E 3rd St | 5th 3rd Bank |
| 611 E 3rd St | Sauk Valley Bank |
| 609 E 3rd St | Fifth Third Bank |
| 607 E 3rd St | Sterling Federal Bank |
| 607 E 3rd St | Mid American Glass |

*b.  Property to Be Retained.*                     *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 2107 11 Ave | Fifth Third Bank | ✓ | | ✓ |
| 2107 11 Ave | Fifth Third Bank | ✓ | | ✓ |

Date:   Oct. 5, 2005                    /s/ Jimmie Clites

                                       Signature of Debtor       JIMMIE CLITES

Date:   Oct. 5, 2005                    /s/ Janet Clites

                                       Signature of Joint Debtor   JANET CLITES

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____

Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                 (Required by 11 U.S.C. § 110(c).)

_____

_____

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____

Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. §156.*

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., - ver. 3.9.0-644 - 30204

Academy Collection Service, Inc.
10965 Decatur Road
Philadelphia, PA 19154-3210

Alltel Publishing
160 Inverness Drive
Macedonia, OH 44056

AM Bevel, Inc.
881 Rte 42 Drive
Joliet, IL 60433

Amcore Bank
302 1st Ave
Sterling, IL 61081

Amcore Bank
302 1st Ave
Sterling, IL 61081

APC Programs
5251 Zenith Parkway
Loves Park, IL 61111

Capital One Bank
4851 Cox Rd. - #1203
Glen Allen, VA 23060

Citi Platinum Select
PO Box 6000
The Lakes, NV 89163-6000

Collection Services Division
IL Dept of Revenue - 100% Penalty Unit
PO Box 19035
Springfield, IL 62794-9035

Discover
PO Box 15192
Wilmington, DE 19850-5192

DunsDemand
PO Box 280431
East Hartford, CT 06128-0431

Fastenal
2140 Industrial Drive
Sterling, IL 61081

Fifth Third Bank
PO Box 630778
Cincinnati, OH 45263

Fifth Third Bank
PO Box 630778
Cincinnati, OH 45263

Fifth Third Bank
PO Box 630778
Cincinnati, OH 45263

Fifth Third Bank
PO Box 630778
Cincinnati, OH 45263

Fifth Third Bank
PO Box 630778
Cincinnati, OH 45263

Fyr Fyter
PO Box 614
Dixon, IL 61021

GC Services
PO Box 79
Elgin, IL 60121

IL Dept of Revenue
211 S. Wyman
Rockford, IL 61101

IL Dept of Revenue
Bankruptcy Section
PO Box 64338
Chicago IL 60664-0338

Illinois State Disbursement Unit
Accounting Supervisor
PO Box 5920
Carol Stream, IL 60195-5920

Internal Revenue Service
211 S. Court St.
Rockford, IL 61101

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Joseph, Mann & Creed
PO Box 22253
Beachwood, OH 44122-0253

Lindgren, Callihan, Van Osdol & Co.
PO Box 567
Freeport, IL 61032

Lindgren, Callihan, Van Osdol & Co.
PO Box 567
Freeport, IL 61032

MBNA
Bankruptcy Department
PO Box 15019
Wilmington, DE 19888-5019

McLeodUSA
PO Box 3243
Milwaukee, WI 53201-3243

Menards
Conseco Finance
PO Box 6150
Rapid City, SD 57709-6150

Mid American Glass
PO Box 3428
Davenport, IA 52808

Mid-American Glass, Inc.
PO Box 3428
Davenport, IA 52808

Mulherin, Rehfeldt & Varchetto, PC
211 S Wheaton Ave # 200
Wheaton, IL 60187

New Millenium Directories, Inc.
319 First Avenue
Sterling, IL 61081

NiCor Bankruptcy Department
1844 Ferry Road
Naperville, IL 60563

Pierce & Associates
1 N. Dearborn, Suite 1300
Chicago, IL 60602

Pitney Bowes
2225 American Drive
Neenah, WI 54956-1005

RAB, Inc.
PO Box 34111
Memphis, TN 38184-0111

Randy Clites
615 15th Avenue
Sterling, IL 61081

Randy Clites
615 15th Avenue
Sterling, IL 61081

Retail Services
PO Box 703
Wood Dale, IL 60191-0703

Rockford Central Plastics
6715 W. State Street
Rockford, IL 61102

Royal Publishing
7620 N. Harker Drive
Peoria, IL 61615-1849

RRCA Accounts Management, Inc.
312 Locust St.
Sterling, IL 61081

Sauk Valley Bank
201 W 3rd St
Sterling, IL 61081

Sauk Valley Newspapers
PO Box 498
Sterling, IL 61081

SBC Yellow Pages
RH Donnelley
PO Box 807008
Kansas City, MO 64180-7008

Shawver Press
120 E. Lincolnway
Morrison, IL 61270

Shell Credit Card Center
PO Box 9081
Des Moines, IA 50368-9081

Smeltzer Insurance Agency
PO Box 31
Rock Falls, IL 61071

St. of IL - IL Dept. of Labor
% Jennifer Y. Wu - Asst. Attny General
100 W. Randolph St. - 13th Floor
Chicago, IL 60601

Staples Credit Plan
PO Box 689162
Des Moines, IA 50638-9163

Sterling CWMC
110 East Lynn Blvd.
Sterling, IL 61081

Sterling Federal Bank
110 E 4th St
Sterling, IL 61081

Steven Clites
511 3 Tenth St
Sterling, IL 61081

Steven Clites
511 E. 10th Street
Sterling, IL 61081

Supreme Cleaners, Inc.
2015 N. Brinton Avenue
Dixon, IL 61021

Trackers, Inc.
PO Box 1227
Bettendorf, IA 52722

Trans Atlantic Co.
PO Box 37006
Philadelphia, PA 19123

Valentine & Kebartas, Inc.
PO Box 325
Lawrence, MA 01842

Ward, Murray, Pace & Johnson
PO Box 499
Sterling, IL 61081

Weinstine, Shirk & Buckwalter-Schurman, PC
PO Box 409
Morrison, IL 61270

Whiteside County Collector
200 East Knox Street
Morrison, IL 61270

Whiteside County Collector
200 East Knox Street
Morrison, IL 61270

Whiteside County Collector
200 East Knox Street
Morrison, IL 61270

Whiteside County Collector
200 East Knox Street
Morrison, IL 61270

Whiteside County Collector
200 East Knox Street
Morrison, IL 61270

Yellow Book USA
PO Box 3162
Cedar Rapids, IA 52406

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois

In re  Jimmie Clites & Janet Clites

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
     and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
     rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

     For legal services, I have agreed to accept ........................……………………......... $ _____2,500_____

     Prior to the filing of this statement I have received .........…………………......... $ _____2,500_____

     Balance Due ..............................…………………………………................, as  $ _____0_____

2.   The source of compensation paid to me was:

     ☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

     ☑ Debtor          ☐ Other (specify)

4.   ☑    I have not agreed to share the above-disclosed compensation with any other person unless they are members and
     associates of my law firm.

     ☐    I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
     of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

Oct. 5, 2005
_____                    _____
_____ Date                                 /s/ Bernard J. Natale
                                                   _____ Signature of Attorney

                                                   Bernard J. Natale, Ltd.
                                                   _____
                                                   _____ Name of law firm

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.., ver. 3.9.0-644 - 30204