**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| CLITES, JIMMIE | ) | |
| CLITES, JANET | ) | CASE NO. 05-75642 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**TRUSTEE'S FINAL REPORT**

To:    THE HONORABLE
       BANKRUPTCY JUDGE MANUEL BARBOSA

        NOW COMES BRADLEY J. WALLER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.      A Petition under Chapter 7 of the US Bankruptcy Code was filed by the above named debtors on 10/06/05.  BRADLEY J. WALLER was appointed as the Chapter 7 trustee on 10/06/05.  The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge.  The Trustee certifies that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B.  The scheduled value of property abandoned is $164,447.00.  The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of July 30, 2008 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | 201,680.82 |
| b. | DISBURSEMENTS (See Exhibit C) | | 150,562.50 |
| c. | NET CASH available for distribution | | 51,118.32 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |
| | 1. | Trustee compensation requested (See Exhibit E) | 12,959.04 |
| | 2. | Trustee Expenses (See Exhibit E) | 913.77 |

3.      Compensation requested by attorney or other

professionals for trustee (See Exhibit F)          12,798.00

5.      The Bar Date for filing unsecured claims expired on 03/14/06.

6.      All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D).  The actual dollar amount of claims allowed and/or requested for this estate is as follows:

a.      Allowed unpaid Secured Claims         11,788.98

b.      Chapter 7 Administrative and 28 U.S.C. §1930 Claims    26,670.81

c.      Allowed Chapter 11 Administrative Claims      0.00

d.      Allowed Priority Claims         42,542.19

e.      Allowed Unsecured Claims         49,789.18

7.      Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.      Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $14,045.50 ($9,245.50- Trustee's Attorney, $3,900.00- Trustee's Realtor, $900.00- Trustee's Attorney).  Trustee's attorneys, accountants, or other professional's fees and expenses requested but not yet allowed is $3,552.50 ($1,600.00- Trustee's Attorney, $1,952.50- Trustee's Accountant).  The total of Chapter 7 professional fees and expenses requested for final allowance is $17,425.31 (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G).

9.      A fee of $2,500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).  The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:


Dated:   August 30, 2008      By:   /s/ Bradley J. Waller
                             BRADLEY J. WALLER, TRUSTEE
                             KLEIN STODDARD BUCK WALLER & LEWIS, LLC
                             2045 ABERDEEN COURT
                             SYCAMORE, IL  60178

Jimmie and Janet Clites
05-75642

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

This case involved a glass company & various real estate parcels owed by the debtors in Whiteside County, Illinois.

The Trustee collected receivables, compromised the estate's interest in the malpractice case and the real estate.  The Trustee spent a significant amount of time as set forth in Trustee time investigating other issues.

The Trustee prepared semi-annual reports to the United States Trustee's Office.

The Trustee managed the estate's cash on hand.  This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

The Trustee attended to tax issues concerning the estate.

The Trustee reviewed the claims filed in this case and objected to secured claim # 12: Sterling Federal Bank, F.S.B., Claim #15: Department of the Treasury, and Claim #20: Mid-American Glass, Inc.



**Illinois Department of Revenue**

# LTR-355  Business Income Tax Letter

| | |
|---|---|
| Date: | July 2, 2007 |
| FEIN: | 13-7481658 |
| Form: | IL-1041 |
| Tax year(s) ending: | 2005 2006 |
| Track no.: | 000000 |
| Location: | 0000 |

JIM AND JANET CLITES
DIGIOVINE HNILO JORDAN & JOHNSON-BRADLEY J
WALLER
2570 FOXFIELD RD STE 301
ST CHARLES IL  60174

Dear Trustee:

We are writing in response to your request for a prompt assessment of the Illinois Income Tax liability of Jim & Janet Clites. We are returning a copy of your request showing the date we received this request. If a problem arises with this account, we will notify the bankruptcy trustee within 60 days of the date of the request. If an adjustment is made to this return and a tax liability occurs, we will notify the trustee within 180 days of the date of the request or within the additional time permitted by the court. At this time, our records indicate that there is no outstanding liability for this account.

Please be aware that if, for any reason, the federal tax return for the same tax period is adjusted, and it is determined that additional tax is due, you are required to file an amended return showing the federal changes and any additional tax due.

If you have any questions, please write us or call our Springfield office weekdays between 8:00 a.m. and 4:30 p.m. Our address and telephone number are below.

Sincerely,

BARRY A THAXTON
Revenue Tax Specialist II
Individual Income Tax Unit

TAXPAYER CORRESPONDENCE SECTION
ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19044
SPRINGFIELD IL 62794-9044

217 785-2298
217 782-4217 fax

Enclosure

RPTCK54
LTR-355 (N-7/01)
IL-492-3961



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
Washington, D.C. 20224
August 21, 2007

**SMALL BUSINESS/SELF-EMPLOYED DIVISION**

Bradley J. Waller, Trustee
2570 Foxfield Road, Suite 301
St. Charles, IL 60174

Person to Contact:
  Bernadette Foster
I.D. Number:
  36-09108
Phone Number:
  (312) 566-2043
Mail Stop:4032-CHI

Re: Bankruptcy Estate of Jim & Janet Clites
Form 1041 EIN: 13-7481658
For taxable period ended: December 31, 2005

Dear Mr. Waller:

This letter is in response to your letter requesting a prompt determination ruling pursuant to Revenue Procedure 2006-24 and Section 505(b) of the United States Bankruptcy Code for the above referenced tax form.

The return identified above has been accepted as filed to the extent of the amount shown as tax incurred during the administration of the case for the taxable period indicated, and to the extent that interest and penalties may continue to accrue if the return was filed late and/or if the tax was paid late. If interest and penalties are applicable, you will be notified directly from the Service Center shortly after the original return is processed.

We note your request dated June 22, 2007 and received by Internal Revenue Service on June 28, 2007.

If you have any questions, please call me at (312) 566-2043 or write to me at Internal Revenue Service, 230 S. Dearborn Street, Suite 2000, Chicago, IL 60604.

Sincerely,

Bernadette Foster
Prompt Determination, Coordinator

Internal Revenue Service – 230 S. Dearborn Street, Suite 2000, Chicago, IL 60604



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**
**August 21, 2007**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

Bradley J. Waller, Trustee
2570 Foxfield Road, Suite 301
St. Charles, IL  60174

Person to Contact:
 Bernadette Foster
I.D. Number:
 36-09108
Phone Number:
 (312) 566-2043
Mail Stop: 4032-CHI

Re: Bankruptcy Estate of Jim & Janet Clites
Form  1041 EIN: 13-7481658
For taxable period ended: December 31, 2006

Dear Mr. Waller:

This letter is in response to your letter requesting a prompt determination ruling pursuant to Revenue Procedure 2006-24 and Section 505(b) of the United States Bankruptcy Code for the above referenced tax form.

The return identified above has been accepted as filed to the extent that the amount shown as tax incurred during the administration of the case for the taxable period indicated is zero.

We note your request dated June 22, 2007 was received by Internal Revenue Service on June 28, 2007.

If you have any questions, please call me at (312) 566-2043 or write to me at Internal Revenue Service, 230 S. Dearborn Street, Suite 2000, Chicago, IL  60604.

Sincerely,

Bernadette Foster
Prompt Determination, Coordinator

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05-75642 MB | **Trustee:** (330501)   BRADLEY J. WALLER |
| **Case Name:** CLITES, JIMMIE | **Filed (f) or Converted (c):** 10/06/05 (f) |
| CLITES, JANET | **§341(a) Meeting Date:** 11/04/05 |
| **Period Ending:** 06/30/08 | **Claims Bar Date:** 03/14/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1   RESIDENCE | 132,000.00 | 95,000.00 | | 95,000.00 | FA |
| 2   611 E 3RD ST. COMMERCIAL BUILDING | 140,000.00 | 65,000.00 | | 65,000.00 | FA |
| 3   609 E ERD ST SINGLE FAMILY RESIDENCE | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 4   607 E 3RD ST COMMERCIAL BUILDING | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 5   PERSONAL CHECKING ACCT-SAUK VALLEY | 200.00 | 0.00 | DA | 0.00 | FA |
| 6   PERSONAL CHECKING ACCT-5TH/3RD BANK | 43.00 | 0.00 | DA | 0.00 | FA |
| 7   PERSONAL SAVING ACCT-SAUK VALLEY BANK | 407.00 | 0.00 | DA | 0.00 | FA |
| 8   BUSINESS CHECKING-SAUK VALLEY BANK | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 9   BUSINESS CHECKING-5TH/3RD BANK | 195.00 | 0.00 | DA | 0.00 | FA |
| 10   EDWARD D. JONES-MONEY MARKET ACCOUNT | 700.00 | 0.00 | DA | 0.00 | FA |
| 11   HOUSEHOLD GOODS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 12   WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 13   MISC JEWELRY AND WEDDING RINGS | 100.00 | 0.00 | DA | 0.00 | FA |
| 14   RELIASTAR WHOLE LIFE INSURANCE | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 15   RELIASTAR WHOLE LIFE | 1,000.00 | 1,282.76 | | 1,282.76 | FA |
| 16   STATE FARM INSURANCE-WHOLE LIFE | 500.00 | 0.00 | DA | 0.00 | FA |
| 17   MIDWEST SECURITY -TERM INSURANCE | 1.00 | 0.00 | DA | 0.00 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-75642 MB
**Case Name:** CLITES, JIMMIE
  CLITES, JANET
**Period Ending:** 06/30/08

**Trustee:** (330501)   BRADLEY J. WALLER
**Filed (f) or Converted (c):** 10/06/05 (f)
**§341(a) Meeting Date:** 11/04/05
**Claims Bar Date:** 03/14/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | MASS MUTUAL-WHOLE LIFE | 200.00 | 0.00 | DA | 0.00 | FA |
| 19 | WESTERN & SOUTHERN LIFE INSURANCE | 700.00 | 0.00 | DA | 0.00 | FA |
| 20 | WESTERN & SOUTHERN LIFE INSURANCE-IRA | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | JACKSON NATIONAL LIFE-IRA | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | FIFTH THIRD BANK-IRA | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 23 | C & E GLASS-STOCK AND INTERESTS | 1.00 | 0.00 | DA | 0.00 | FA |
| 24 | ACCOUNTS RECEIVABLE | 19,602.00 | 11,959.69 | | 11,959.69 | FA |
| 25 | POSSIBLE CLAIM FOR CHRIOPRACTIC MALPRACTICE | Unknown | 27,000.00 | | 27,000.00 | FA |
| 26 | 2005 CHEVY MALIBU | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | 1988 CHEVY 1/2 TON PICKUP | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 28 | 1994 DODGE RAM 1/2 TON PICKUP | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 29 | 1998 DODGE DAKOTA PICKUP | 5,500.00 | 0.00 | DA | 0.00 | FA |
| 30 | MISC OFFICE EQUIPMENT OF C & E GLASS CO. | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 31 | TOOLS AND EQUIPMENT FOR C & E GLASS CO. | 20,500.00 | 0.00 | DA | 0.00 | FA |
| 32 | GLASS INVENTORY OF C & E GLASS CO. | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 33 | REIMBURSEMENT FROM COMED  (u) | 0.00 | 235.89 | | 235.89 | FA |

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-75642 MB
**Case Name:** CLITES, JIMMIE
CLITES, JANET
**Period Ending:** 06/30/08

**Trustee:** (330501)    BRADLEY J. WALLER
**Filed (f) or Converted (c):** 10/06/05 (f)
**§341(a) Meeting Date:** 11/04/05
**Claims Bar Date:** 03/14/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 34 | REFUND MONEY RECEIVED ON TERMINATED CONTRACT  (u) | 0.00 | 500.00 | | 500.00 | FA |
| 35 | REFUND ON TAXES PAID  (u) | 0.00 | 44.34 | | 44.34 | FA |
| 36 | PERSONAL SAVINGS ACCT-STERLING FEDERAL BANK | 200.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 658.14 | Unknown |
| **37** | **Assets**    **Totals** (Excluding unknown values) | **$457,049.00** | **$201,022.68** | | **$201,680.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2006    **Current Projected Date Of Final Report (TFR):** July 5, 2008  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05-75642 MB | |
| **Case Name:** | CLITES, JIMMIE | |
| | CLITES, JANET | |
| **Taxpayer ID #:** | 13-7481658 | |
| **Period Ending:** | 06/30/08 | |

| | | |
|---|---|---|
| **Trustee:** | BRADLEY J. WALLER (330501) | |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| **Account:** | ***-*****50-65 - Money Market Account | |
| **Blanket Bond:** | $5,000,000.00   (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/22/05 | {24} | Luzetta Maxwell & Thomas Maxwell | Accounts Receivable | 1121-000 | 3.62 | | 3.62 |
| 10/22/05 | {24} | George Hallman & Janet Hallman | Accounts Receivable | 1121-000 | 17.41 | | 21.03 |
| 10/22/05 | {24} | James Harness & Mari Harness | Accounts Receivable | 1121-000 | 19.28 | | 40.31 |
| 10/22/05 | {24} | David Hefty & Lisbeth Hefty | Accounts Receivable | 1121-000 | 57.24 | | 97.55 |
| 10/22/05 | {24} | Beatriz Latigo | Accounts Receivable | 1121-000 | 89.45 | | 187.00 |
| 10/22/05 | {24} | Ian Baxter & Booke Baxter | Accounts Receivable | 1121-000 | 91.99 | | 278.99 |
| 10/22/05 | {24} | John & Ellen Hostetler | Accounts Receivable | 1121-000 | 97.54 | | 376.53 |
| 10/22/05 | {24} | Resource Bank-Money Order | Petty Cash | 1121-000 | 138.45 | | 514.98 |
| 10/22/05 | {24} | Waste Management Inc. | Accounts Receivable | 1121-000 | 200.40 | | 715.38 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 0.06 | | 715.44 |
| 11/14/05 | {24} | John W. Schmitt | Accounts Receivable | 1121-000 | 10.20 | | 725.64 |
| 11/14/05 | {24} | Reaver Plumbing & Heating | Accounts Receivable | 1121-000 | 14.00 | | 739.64 |
| 11/14/05 | {24} | City of Sterling | Accounts Receivable | 1121-000 | 45.00 | | 784.64 |
| 11/14/05 | {24} | Frantz Manufacturing Company | Accounts Receivable | 1121-000 | 17.88 | | 802.52 |
| 11/14/05 | {24} | Folsom's Bakery, Inc | Accounts Receivable | 1121-000 | 204.11 | | 1,006.63 |
| 11/14/05 | {24} | Coloma Township Park District | Accounts Receivable | 1121-000 | 66.05 | | 1,072.68 |
| 11/14/05 | {24} | Marv Lofgren & Son Contractors | Accounts Receivable | 1121-000 | 84.34 | | 1,157.02 |
| 11/15/05 | {24} | Dr. Thomas Vinje | Accounts Receivable | 1121-000 | 220.06 | | 1,377.08 |
| 11/16/05 | {24} | Specialized Construction & Utility Corp | Accounts Receivable | 1121-000 | 51.24 | | 1,428.32 |
| 11/16/05 | {24} | Forreston Mutual Insurance Company | Accounts Receivable | 1121-000 | 320.80 | | 1,749.12 |
| 11/18/05 | {24} | Conkling Real Estates Management, Inc. | Accounts Receivable | 1121-000 | 80.89 | | 1,830.01 |

**Subtotals :**          **$1,830.01**          **$0.00**

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-75642 MB |
| **Case Name:** | CLITES, JIMMIE |
| | CLITES, JANET |
| **Taxpayer ID #:** | 13-7481658 |
| **Period Ending:** | 06/30/08 |

| | |
|---|---|
| **Trustee:** | BRADLEY J. WALLER (330501) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****50-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/05 | {24} | Rock Falls Township High School | Account Receivable | 1121-000 | 297.77 | | 2,127.78 |
| 11/21/05 | {24} | Treb Investment Corp DBA The Inn of Ster | Account Receivable | 1121-000 | 425.00 | | 2,552.78 |
| 11/21/05 | {24} | Donald L. Rastede, D.D.S. | Account Receivable | 1121-000 | 1,000.00 | | 3,552.78 |
| 11/21/05 | {24} | State Farm Insurance Co. | Account Receivable | 1121-000 | 799.12 | | 4,351.90 |
| 11/21/05 | {24} | Sinnissippi Townhomes, Inc. | Account Receivable | 1121-000 | 27.17 | | 4,379.07 |
| 11/21/05 | {24} | Sterling Christian School | Account Receivable | 1121-000 | 165.84 | | 4,544.91 |
| 11/21/05 | {24} | Community Unit School Dist. # 5 | Account Receivable | 1121-000 | 305.00 | | 4,849.91 |
| 11/21/05 | {24} | Ronald O. Williams | Account Receivable | 1121-000 | 199.17 | | 5,049.08 |
| 11/21/05 | {24} | Tri-County Opportunities Council | Account Receivable | 1121-000 | 17.02 | | 5,066.10 |
| 11/25/05 | {24} | Lonnie Bell Chattic | Account Receivable | 1121-000 | 59.25 | | 5,125.35 |
| 11/21/05 | {24} | SPF-I/Roch | Account Receivable | 1121-000 | 42.00 | | 5,167.35 |
| 11/21/05 | {24} | CGH Medical Center | Account Receivable | 1121-000 | 27.00 | | 5,194.35 |
| 11/21/05 | {24} | Prowant Construction Co. | Account Receivable | 1121-000 | 343.48 | | 5,537.83 |
| 11/21/05 | {24} | Metavante Corp- re: Emeka Okenwa | Account Receivable | 1121-000 | 200.00 | | 5,737.83 |
| 11/21/05 | {24} | Newman Central Catholic High School | Account Receivable | 1121-000 | 195.18 | | 5,933.01 |
| 11/21/05 | {24} | SBM Business Equipment Center | Account Receivable | 1121-000 | 19.60 | | 5,952.61 |
| 11/21/05 | {24} | Vinnys-Anthony Capasso | Account Receivable | 1121-000 | 202.81 | | 6,155.42 |
| 11/21/05 | {24} | James Fitzgerald | Account Receivable | 1121-000 | 19.29 | | 6,174.71 |
| 11/21/05 | {24} | Sterling Ford L-M Inc. | Account Receivable | 1121-000 | 633.14 | | 6,807.85 |
| 11/21/05 | {24} | Raymond James | Account Receivable | 1121-000 | 25.67 | | 6,833.52 |
| 11/22/05 | | Resource Bank-Money Order | Accounts Receivable | | 170.07 | | 7,003.59 |
| | {24} | | | 1121-000 | 171.07 | | 7,003.59 |

**Subtotals :**   **$5,173.58**   **$0.00**

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05-75642 MB | |
| **Case Name:** | CLITES, JIMMIE | |
| | CLITES, JANET | |
| **Taxpayer ID #:** | 13-7481658 | |
| **Period Ending:** | 06/30/08 | |

| | |
|---|---|
| **Trustee:** | BRADLEY J. WALLER (330501) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****50-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Purchase Money Order        -1.00 | 2990-000 | | | 7,003.59 |
| 11/22/05 | {24} | Richard Newendyke | Accounts Receivable | 1121-000 | 138.28 | | 7,141.87 |
| 11/22/05 | {24} | Lane Smith/Linda Charleston | Accounts Receivable | 1121-000 | 19.52 | | 7,161.39 |
| 11/22/05 | {24} | Freda Nolan | Accounts Receivable | 1121-000 | 15.00 | | 7,176.39 |
| 11/22/05 | {24} | Al Silva | Accounts Receivable | 1121-000 | 31.35 | | 7,207.74 |
| 11/22/05 | {24} | Daniel L. Kelly | Accounts Receivable | 1121-000 | 26.77 | | 7,234.51 |
| 11/22/05 | {24} | Marianne Johnson | Accounts Receivable | 1121-000 | 96.08 | | 7,330.59 |
| 11/22/05 | {24} | Michael E. Broderick | Accounts Receivable | 1121-000 | 302.00 | | 7,632.59 |
| 11/22/05 | {24} | Jackie's Custom Interiors | Accounts Receivable | 1121-000 | 447.35 | | 8,079.94 |
| 11/22/05 | {24} | David M. Soldat | Accounts Receivable | 1121-000 | 89.24 | | 8,169.18 |
| 11/22/05 | {24} | Roger D. Ross | Accounts Receivable | 1121-000 | 23.61 | | 8,192.79 |
| 11/22/05 | {24} | Mark Mench, M.D. | Accounts Receivable | 1121-000 | 165.66 | | 8,358.45 |
| 11/22/05 | {24} | Bricker Fletcher | Accounts Receivable | 1121-000 | 501.68 | | 8,860.13 |
| 11/22/05 | {24} | Kitchen Planners | Accounts Receivable | 1121-000 | 73.81 | | 8,933.94 |
| 11/22/05 | {24} | Kitchen Planners | Accounts Receivable | 1121-000 | 19.84 | | 8,953.78 |
| 11/28/05 | {24} | Terry Rodriguez | Accounts Receivable | 1121-000 | 77.72 | | 9,031.50 |
| 11/28/05 | {24} | Lonnie Bell Chattic | Accounts Receivable | 1121-000 | 148.58 | | 9,180.08 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.35 | | 9,181.43 |
| 11/30/05 | {24} | JPMORGAN CHASE BANK | NSF-Deposit 100029-1 Returned- Tri County<br>Oportunites Councel | 1121-000 | -17.02 | | 9,164.41 |
| 12/02/05 | {24} | CC Services, Inc. | Accounts Receivable | 1121-000 | 672.85 | | 9,837.26 |
| 12/02/05 | {24} | Keith Bos | Accounts Receivable | 1121-000 | 854.00 | | 10,691.26 |
| 12/02/05 | | Resource Bank-Money Order | Accounts Receivable | | 6.00 | | 10,697.26 |
| | {24} | | | 8.00 | 1121-000 | | 10,697.26 |

**Subtotals :**          **$3,693.67**          **$0.00**

{} Asset reference(s)

Printed: 09/05/2008 10:40 AM     V.10.03

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-75642 MB |
| **Case Name:** | CLITES, JIMMIE |
| | CLITES, JANET |
| **Taxpayer ID #:** | 13-7481658 |
| **Period Ending:** | 06/30/08 |

| | |
|---|---|
| **Trustee:** | BRADLEY J. WALLER (330501) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****50-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Payment for Money        -2.00<br>Order for Cash Received | 2990-000 | | | 10,697.26 |
| 12/05/05 | {24} | Community Unit School Dist. #5 | Accounts Receivable | 1121-000 | 191.00 | | 10,888.26 |
| 12/06/05 | {24} | Uncle Sam's Glass & Door, Inc. | Accounts Receivable | 1121-000 | 150.00 | | 11,038.26 |
| 12/15/05 | {24} | Waste Management Inc | Accounts Receivable | 1121-000 | 421.37 | | 11,459.63 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.47 | | 11,465.10 |
| 01/03/06 | {25} | PACO Assurance Company, Inc. | Payment for Settlement of Malpractice Claim<br>per court order of 12/14/2005 | 1142-000 | 27,000.00 | | 38,465.10 |
| 01/10/06 | {24} | Sterling Manor Apartments | Accounts Receivable | 1121-000 | 28.95 | | 38,494.05 |
| 01/18/06 | 1001 | Richard A. Palmer | Payment for Attorney's Fees per court order of<br>12/14/2005 | 3210-000 | | 9,000.00 | 29,494.05 |
| 01/18/06 | 1002 | Richard A. Palmer | Payment for Attorney's Expenses per court<br>order of 12/14/2005 | 3220-000 | | 245.50 | 29,248.55 |
| 01/19/06 | {24} | Sterling Pavilion, Ltd. | Accounts Receivable | 1121-000 | 379.00 | | 29,627.55 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 18.74 | | 29,646.29 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 15.92 | | 29,662.21 |
| 03/03/06 | {33} | Com Ed | Reimbursement for account 1897098002 | 1229-000 | 235.89 | | 29,898.10 |
| 03/06/06 | {24} | Debra Hodges | Accounts Receivable | 1121-000 | 73.50 | | 29,971.60 |
| 03/08/06 | | H.B. Wilkinson Title Company, Inc. | Sale of commercial property per court order of | | | 5,672.79 | 35,644.39 |
| | {2} | | 65,000.00 | 1110-000 | | | 35,644.39 |
| | | | County taxes         -451.44<br>01/01/2006-03/07/2006 | 2820-000 | | | 35,644.39 |
| | | | 2005 Real Estate Tax    -2,498.08<br>Credit | 2820-000 | | | 35,644.39 |
| | | | County Collector-2004   -2,939.00 | 2820-000 | | | 35,644.39 |

|  |  | **Subtotals :** | **$34,192.63** | **$9,245.50** |
|---|---|---|---|---|

{} Asset reference(s)

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05-75642 MB | |
| **Case Name:** | CLITES, JIMMIE | |
| | CLITES, JANET | |
| **Taxpayer ID #:** | 13-7481658 | |
| **Period Ending:** | 06/30/08 | |

| | |
|---|---|
| **Trustee:** | BRADLEY J. WALLER (330501) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****50-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Real Estate Taxes | | | | |
| | | | Fifth Third Bank-payoff<br>first mortgage    -33,000.00 | 4110-000 | | | 35,644.39 |
| | | | Sauk Valley Bank&<br>Trust-payoff second<br>mortgage    -14,543.86 | 4110-000 | | | 35,644.39 |
| | | | Re/Max Sauk<br>Valley-Commission    -3,900.00 | 3510-000 | | | 35,644.39 |
| | | | HB Wilkinson Title<br>Company-Closing Fee    -75.00 | 2500-000 | | | 35,644.39 |
| | | | Bradley J.<br>Waller-Attorney's Fees    -450.00 | 3110-000 | | | 35,644.39 |
| | | | Chicago Title Company<br>Owner's Coverage    -232.00 | 2500-000 | | | 35,644.39 |
| | | | State of IL Policy<br>Registration Fee    -3.00 | 2500-000 | | | 35,644.39 |
| | | | Recording Fees/Transfer<br>Charges    -164.50 | 2500-000 | | | 35,644.39 |
| | | | IL Amercian<br>Water-Water Bill    -228.96 | 2500-000 | | | 35,644.39 |
| | | | Nicor-Gas bill    -841.37 | 2500-000 | | | 35,644.39 |
| 03/15/06 | {24} | Tri-County Opportunites Council | Accounts Receivable | 1121-000 | 17.02 | | 35,661.41 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 20.19 | | 35,681.60 |
| 04/11/06 | {34} | ReliaStar Life Insurance Company | Refund Money Received on Terminated<br>Contract | 1290-000 | 500.00 | | 36,181.60 |

| | | |
|---|---|---|
| **Subtotals :** | **$537.21** | **$0.00** |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-75642 MB | Trustee: | BRADLEY J. WALLER (330501) |
|---|---|---|---|
| Case Name: | CLITES, JIMMIE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CLITES, JANET | Account: | ***-*****50-65 - Money Market Account |
| Taxpayer ID #: | 13-7481658 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/30/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.79 | | 36,204.39 |
| 05/09/06 | {24} | Rock River Valley Self Help Enterprises | Accounts Receivable | 1121-000 | 65.00 | | 36,269.39 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.64 | | 36,294.03 |
| 06/13/06 | 1003 | Brauer's Lawn Care | Payment for mowing & trimming property located at 607-609 E Third St. Sterling, IL on 05/18/06 & 05/31/06 | 2420-000 | | 120.00 | 36,174.03 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.84 | | 36,197.87 |
| 07/23/06 | 1004 | Brauer's Lawn Care | Payment for mowing and trimming 607-609 E Third St. Sterling | 2420-000 | | 120.00 | 36,077.87 |
| 07/24/06 | 1005 | Jimmie Clites | Payment for Personal Injury Exemption per court order of 07/24/2006 | 8100-002 | | 7,500.00 | 28,577.87 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.59 | | 28,602.46 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.54 | | 28,627.00 |
| 09/04/06 | 1006 | Brauer's Lawn Care | Payment for mowing and trimming 607-609 E Third St. Sterling-08/11/ & 08/25/06 & July | 2420-000 | | 240.00 | 28,387.00 |
| 09/24/06 | 1007 {24} | Rock River Valley Self Help Enterprises, Inc. | Refund of monies inadvertently paid to Trustee | 1121-000 | -65.00 | | 28,322.00 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.86 | | 28,344.86 |
| 10/10/06 | 1008 | Brauer's Lawn Care | Payment for mowing and trimming 607-609 E Third St. Sterling-09/06/2006 & 09/21/2006 | 2420-000 | | 120.00 | 28,224.86 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.94 | | 28,248.80 |
| 11/02/06 | 1009 | Brauer's Lawn Care | Payment for mowing and trimming 607-609 E Third St. Sterling-10/14/2006 | 2420-000 | | 60.00 | 28,188.80 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.54 | | 28,207.34 |

|  | | | Subtotals : | | $185.74 | $8,160.00 | |

{} Asset reference(s)

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05-75642 MB | |
| **Case Name:** | CLITES, JIMMIE | |
| | CLITES, JANET | |
| **Taxpayer ID #:** | 13-7481658 | |
| **Period Ending:** | 06/30/08 | |

| | | |
|---|---|---|
| **Trustee:** | BRADLEY J. WALLER (330501) | |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| **Account:** | ***-*****50-65 - Money Market Account | |
| **Blanket Bond:** | $5,000,000.00   (per case limit) | |
| **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.92 | | 28,225.26 |
| 01/10/07 | {15} | Jimmie Clites | Cash Value of Life Insurance per court order of 07/24/2006 | 1129-000 | 1,282.76 | | 29,508.02 |
| 01/10/07 | | H.B. Wilkinson Title Company, Inc | Sale of Residence per court order of 12/19/2006 | | 22,560.95 | | 52,068.97 |
| | {1} | | Sale of Residence            95,000.00 | 1110-000 | | | 52,068.97 |
| | | | Payoff of first            -38,888.11 mortgage-5/3 Bank | 4110-000 | | | 52,068.97 |
| | | | Payoff of second           -19,857.37 mortgage-5/3 Bank | 4110-000 | | | 52,068.97 |
| | | | 2004-2006 Real Estate &     -4,693.32 County Taxes | 2820-000 | | | 52,068.97 |
| | | | Payoff of third             -7,722.20 mortgage-5/3 Bank | 4110-000 | | | 52,068.97 |
| | | | Attorney's Fees               -450.00 | 3110-000 | | | 52,068.97 |
| | | | Title Work & Recording        -828.05 Fees | 2500-000 | | | 52,068.97 |
| 01/12/07 | 1010 | Jimmie & Janet Clites | Payment for premium on insurance policy | 2990-000 | | 500.00 | 51,568.97 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.68 | | 51,596.65 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.71 | | 51,622.36 |
| 03/01/07 | 1011 | BRADLEY J. WALLER | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-75642 Voided on 03/01/07 | 2300-000 | | ! 36.74 | 51,585.62 |
| 03/01/07 | 1011 | BRADLEY J. WALLER | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | ! -36.74 | 51,622.36 |

**Subtotals :**       **$23,915.02**       **$500.00**

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05-75642 MB | |
| **Case Name:** | CLITES, JIMMIE | |
| | CLITES, JANET | |
| **Taxpayer ID #:** | 13-7481658 | |
| **Period Ending:** | 06/30/08 | |

| | |
|---|---|
| **Trustee:** | BRADLEY J. WALLER (330501) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****50-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 01/31/2007 FOR CASE #05-75642 | | | | |
| | | | Voided: check issued on 03/01/07 | | | | |
| 03/01/07 | 1012 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-75642 | 2300-000 | | 36.74 | 51,585.62 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 27.54 | | 51,613.16 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 28.48 | | 51,641.64 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 28.49 | | 51,670.13 |
| 06/22/07 | 1013 | United States Treasury | Payment of 2005 1041 Tax | 2810-000 | | 477.00 | 51,193.13 |
| 06/22/07 | 1014 | Illinois Department of Revenue | Payment of 2005 Taxes-IL-1041-V | 2820-000 | | 374.00 | 50,819.13 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 26.66 | | 50,845.79 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 29.03 | | 50,874.82 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 28.07 | | 50,902.89 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 25.36 | | 50,928.25 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 29.91 | | 50,958.16 |
| 11/18/07 | {35} | Illinois Department of Revenue | Refund on Taxes paid for period ending 12-2005 | 1224-000 | 44.34 | | 51,002.50 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 26.52 | | 51,029.02 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 25.99 | | 51,055.01 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 23.34 | | 51,078.35 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 10.48 | | 51,088.83 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 9.49 | | 51,098.32 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 7.12 | | 51,105.44 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 6.39 | | 51,111.83 |
| | | | **Subtotals :** | | **$377.21** | **$887.74** | |

{} Asset reference(s)

Printed: 09/05/2008 10:40 AM     V.10.03

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05-75642 MB | |
| **Case Name:** | CLITES, JIMMIE | |
| | CLITES, JANET | |
| **Taxpayer ID #:** | 13-7481658 | |
| **Period Ending:** | 06/30/08 | |

| | |
|---|---|
| **Trustee:** | BRADLEY J. WALLER (330501) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****50-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.49 | | 51,118.32 |
| | | | **ACCOUNT TOTALS** | | **69,911.56** | **18,793.24** | **$51,118.32** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **69,911.56** | **18,793.24** | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$69,911.56** | **$11,293.24** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****50-65** | 69,911.56 | 11,293.24 | 51,118.32 |
| | **$69,911.56** | **$11,293.24** | **$51,118.32** |

{} Asset reference(s)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| CLITES, JIMMIE | ) | |
| CLITES, JANET | ) | CASE NO. 05-75642 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**DISTRIBUTION REPORT**

I, BRADLEY J. WALLER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---|
| Secured Claims | $ | 11,788.98 |
| Chapter 7 Administrative Expenses: | $ | 17,425.31 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 6,875.75 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 15,028.28 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| | | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ | 51,118.32 |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                    **PAGE 2**

| 1.    TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Secured Claims | | $11,788.98 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 1A | Illinois Department of Revenue | 5,597.27 | 5,597.27 |
| 2A | Illinois Department of Revenue | 6,191.71 | 6,191.71 |

| 2.    TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $17,425.31 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | BRADLEY J. WALLER, Trustee Fees | 12,959.04 | 12,959.04 |
| | BRADLEY J. WALLER, Trustee Expenses | 913.77 | 913.77 |
| | LEE G. SCHWENDNER, CPA | 1,952.50 | 1,952.50 |
| | BRADLEY J. WALLER, Attorney's fees | 1,600.00 | 1,600.00 |

| 3.    TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**<u>DISTRIBUTION REPORTS</u>**                                                          **PAGE 3**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|----|----------------|------------------------|-----------------|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|--------------|----------|----------------|-----------------|
| | | | |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|----|----------------|------------------------|-----------------|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $1,475.75 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|--------------|----------|----------------|-----------------|
| | INTERNAL REVENUE SERVICE | 21.40 | 21.40 |
| | INTERNAL REVENUE SERVICE | 295.15 | 295.15 |
| | INTERNAL REVENUE SERVICE | 91.50 | 91.50 |
| 6 | Steven Clites | 1,067.70 | 1,067.70 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|----|----------------|------------------------|-----------------|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|--------------|----------|----------------|-----------------|
| | | | |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|----|----------------|------------------------|-----------------|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                          **PAGE 4**

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(7) - Alimony | $5,400.00 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 9 | Randy Clites | 5,400.00 | 5,400.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $35,666.44 | 42.14% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                    **PAGE 5**

| | | | |
|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 29.52 | 12.44 |
| | INTERNAL REVENUE SERVICE | 29.52 | 12.44 |
| | INTERNAL REVENUE SERVICE | 21.40 | 9.02 |
| | INTERNAL REVENUE SERVICE | 91.50 | 38.55 |
| 1B | Illinois Department of Revenue | 1,224.70 | 516.04 |
| 2B | Illinois Department of Revenue | 1,762.12 | 742.48 |
| 19A | Department of the Treasury-Internal Revenue Service | 30,242.68 | 12,742.94 |
| 23 | Department of the Treasury-Internal Revenue Service | 2,265.00 | 954.37 |

| | | TOTAL | FINAL |
|---|---|---|---|
| **12.** | **TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND%** |
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | TOTAL | FINAL |
|---|---|---|---|
| **13.** | **TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND%** |
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $46,915.83 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 1C | Illinois Department of Revenue | 144.91 | 0.00 |
| 2C | Illinois Department of Revenue | 438.52 | 0.00 |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                           **PAGE 6**

| 3 | RRCA Accounts Management, Inc. | 298.23 | 0.00 |
| 4 | Discover Financial Services | 5,443.71 | 0.00 |
| 5 | Trans Atlantic Co. | 81.01 | 0.00 |
| 7 | Fifth Third Bank | 3,646.70 | 0.00 |
| 8 | Yellow Book USA | 1,435.83 | 0.00 |
| 10 | Rockford Central Plastics | 1,198.41 | 0.00 |
| 11 | Sauk Valley Newspapers | 227.70 | 0.00 |
| 13 | Citibank (USA) Assoc Shell Payment Center | 1,115.51 | 0.00 |
| 14 | MBNA America Bank | 9,663.24 | 0.00 |
| 16 | St. of IL - IL Dept. of Labor | 7,329.37 | 0.00 |
| 17 | Citibank (South Dakota)/Choice | 9,640.99 | 0.00 |
| 18 | Citibank (South Dakota)/Choice | 746.98 | 0.00 |
| 19B | Department of the Treasury-Internal Revenue Service | 5,251.04 | 0.00 |
| 21 | Nicor Gas | 253.68 | 0.00 |

| **14.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| Subordinated unsecured claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $2,873.35 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                              **PAGE 7**

| 22 | Citibank USA dba Staples | 2,873.35 | 0.00 |
|---|---|---|---|

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **18.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|
| Secured | 12 | Sterling Federal Bank, F.S.B. | $31,442.54 | Disallowed |

**EXHIBIT D**

**<u>DISTRIBUTION REPORTS</u>**                                                                                                        **PAGE 8**

| | | | | |
|---|---|---|---|---|
| | | 110 E. 4th Street | | Per court order of |
| | | Sterling, IL  61081 | | 01/07/2008 |
| Priority | 15 | Department of the Treasury- | $180,104.27 | Disallowed |
| | | Internal Revenue Service | | Per court order of |
| | | Centralized Insolvency Operations | | 02/13/2008 |
| | | P O Box 21126 | | |
| | | Philadelphia, PA  19114 | | |
| Secured | 20A | Mid-American Glass, Inc. | $10,000.00 | Disallowed |
| | | PO Box 3428 | | Per court order of |
| | | Davenport, IA  52808 | | 01/07/2008 |
| Unsecured | 20B | Mid-American Glass, Inc. | $11,890.49 | Disallowed |
| | | PO Box 3428 | | Per court order of |
| | | Davenport, IA  52808 | | 01/07/2008 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


Dated:   July 5, 2008                                   /s/ Bradley J. Waller
                                                      BRADLEY J. WALLER, Trustee


**EXHIBIT D**

Jimmie & Janet Clites
05-75642

## PROFESSIONAL FEES AND EXPENSES

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| Bradley J. Waller, Trustee | 900.00 | 1,600.00 | 2,500.00 |
| Klein, Stoddard, Buck, Waller & Lewis | | | |
| 2045 Aberdeen Court | | | |
| Sycamore, IL 60178 | | | |
| | | | |
| Richard Palmer | 9,245.50 | 0.00 | 9,245.50 |
| Ward Murray Pace & Johnson, PC | | | |
| 202 E. Fifth Street | | | |
| PO Box 400 | | | |
| Sterling, IL 61081 | | | |
| | | | |
| **Accountant for Trustee** | | | |
| Lee G. Schwendner, CPA | 0.00 | 1,952.50 | 1,952.50 |
| DiGiovine, Hnilo, Jordan & Johnson | | | |
| 2570 Foxfield Road, Suite 301 | | | |
| St. Charles, IL 60174 | | | |
| | | | |
| **Realtor for Trustee** | | | |
| Eric Bird | 3,900.00 | 0.00 | 3,900.00 |
| Re/Max Sauk Valley | | | |
| 611 E. 3rd St. | | | |
| Sterling, IL 61081 | | | |
| | | | |
| **Attorney for Debtor** | | | |
| Bernard J. Natale, Ltd | 2,500.00 | 0.00 | 2,500.00 |
| 6833 Stalter Drive | | | |
| Suite 201 | | | |
| Rockford, IL 61108 | | | |
| | | | |
| **Other Professionals** | | | |
| Bradley J. Waller, Trustee | 0.00 | 13,872.81 | 13,872.81 |
| Klein, Stoddard, Buck, Waller & Lewis | | | |
| 2045 Aberdeen Court | | | |
| Sycamore, IL 60178 | | | |
| | | | |
| TOTAL | $   16,545.50 | $   17,425.31 | $   33,970.81 |

**EXHIBIT G**