Case Name: CLITES, JIMMIE
           CLITES, JANET
Case No:   05-75642

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: October 15, 2008        WILLIAM T. NEARY
                                    United States Trustee, Region 11

                           BY:   */s/ Carole J. Ryczek*
                                    CAROLE J. RYCZEK
                                    Attorney for the U.S. Trustee