**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| CLITES, JIMMIE | ) | |
| CLITES, JANET | ) | CASE NO. 05-75642 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   211 South Court Street, Rockford, Illinois, 61101

   on:   November 19, 2008
   at:   9:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                  $       201,680.82

   b. Disbursements                             $       150,562.50

   c. Net Cash Available for Distribution       $        51,118.32

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ 0.00 | $ 12,959.04 | $ 913.77 |
| Lee Schwendner, Accountant | $ 0.00 | $ 1,952.50 | $ 0.00 |
| Eric Bird, Realtor | $ 3,900.00 | $ 0.00 | $ 0.00 |
| Bradley J. Waller, Attorney | $ 900.00 | $ 1,600.00 | $ 0.00 |
| Richard A. Palmer, Attorney | $ 9,245.50 | $ 0.00 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $42,542.19 must be paid in full for there to be any

dividend to general unsecured creditors. The priority dividend is anticipated to be 51.49%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | INTERNAL REVENUE SERVICE | $ 91.50 | $ 38.55 |
| | INTERNAL REVENUE SERVICE | $ 21.40 | $ 9.02 |
| | INTERNAL REVENUE SERVICE | $ 29.52 | $ 12.44 |
| | INTERNAL REVENUE SERVICE | $ 29.52 | $ 12.44 |
| | INTERNAL REVENUE SERVICE | $ 21.40 | $ 21.40 |
| | INTERNAL REVENUE SERVICE | $ 295.15 | $ 295.15 |
| | INTERNAL REVENUE SERVICE | $ 91.50 | $ 91.50 |
| 1B | Illinois Department of Revenue | $ 1,224.70 | $ 516.04 |
| 2B | Illinois Department of Revenue | $ 1,762.12 | $ 742.48 |
| 6 | Steven Clites | $ 1,067.70 | $ 1,067.70 |
| 9 | Randy Clites | $ 5,400.00 | $ 5,400.00 |
| 19A | Department of the Treasury-Internal Revenue Service | $ 30,242.68 | $ 12,742.94 |
| 23 | Department of the Treasury-Internal Revenue Service | $ 2,265.00 | $ 954.37 |

6. Claims of general unsecured creditors totaling $49,789.18, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, 211 South Court Street, Rockford, Illinois, 61101, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. 607 E. 3rd St. Commercial Building
    b. Personal Checking Account-Sauk Valley
    c. Personal Checking Account-5th/3rd Bank
    d. Personal Savings Account-Sauk Valley Bank
    e. Business Checking-Sauk Valley Bank
    f. Business Checking – 5th/3rd Bank
    g. Edward D. Jones-Money Market Account

- h. Household Goods
- i. Wearing Apparel
- j. Misc. Jewelry and Wedding Rings
- k. ReliaStar Whole Line Insurance
- l. State Farm Insurance-Whole Life
- m. Midwest Security-Term Insurance
- n. Mass Mutual – Whole Life
- o. Western & Southern Life Insurance
- p. Western & Southern Life Insurance-IRA
- q. Jackson National Life-IRA
- r. Firth Third Bank-IRA
- s. C & E Glass Stock and Interests
- t. 2005 Chevy Malibu
- u. 1988 Chevy ½ ton Pickup
- v. 1998 Dodge Dakota Pickup
- w. Misc. Office Equipment of C & E Glass Co.
- x. Tools and Equipment for C & E. Glass Co.
- y. Personal Savings Acct-Sterling Federal Bank

Dated: _____          For the Court,


                                        By: _____
                                        Clerk of the United States Bankruptcy Court