IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
CLITES, JIMMIE
CLITES, JANET
    Debtor(s)

CHAPTER 7 -- Liquidation

CASE NO. 05-75642 MB

Social Security/Employer Tax ID Number: xxx-xx-0275

HONORABLE MANUEL BARBOSA

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:  U.S. BANKRUPTCY COURT
   211 South Court Street, Room 220
   Rockford, IL 61101

   on:  May 6, 2009
   at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Richard A. Palmer<br>Trustee's Attorney | $ 9,000.00 | 0.00 | 0.00 |
| Richard A. Palmer<br>Trustee's Attorney | $ 245.50 | 000 | 0.00 |
| BRADLEY J. WALLER<br>Trustee | $ 0.00 | 12,960.87 | 913.77 |
| LEE G. SCHWENDNER, CPA<br>Trustee's Accountant | $ 0.00 | 1,952.50 | 0.00 |
| BRADLEY J. WALLER<br>Trustee's Attorney | $ 900.00 | 1,600.00 | 0.00 |

4. The Trustee's Final Report shows total:

   a. Receipts    $ 201,717.31

   b. Disbursements    $ 155,063.16

   c. Net Cash Available for Distribution    $ 46,654.15

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $42,542.19. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $49,789.18, resulting in an approximate distribution of 0.00% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   a. 607 E. 3rd Street Commercial Building
   b. Personal Checking Account - Sauk Valley
   c. Personal Checking Account - 5/3 Bank
   d. Personal Savings Account - Sauk Valley Bank
   e. Business Checking - Sauk Valley Bank
   f. Business Checking - 5/3 Bank
   g. Edward D. Jones - Money Market Account
   h. Household goods
   i. Wearing apparel
   j. Miscellaneous jewelry and weeding rings
   k. ReliaStar Whole Life Insurance
   l. State Farm Insurance - Whole Life
   m. Midwest Security - Term Insurance
   n. Mass Mutual - Whole Life
   o. Western & Southern Life Insurance
   p. Western & Southern Life Insurance
   q. Jackson National Life IRA
   r. 5/3 Bank IRA
   s. C & E Glass stock & interests
   t. 2005 Chevy Malibu
   u. 1998 Chevy ½ ton Pickup
   v. 1998 Dodge Dakota Pickup
   w. Miscellaneous office equipment of C & E Glass Company
   x. Tools and equipment for C & E. Glass Company
   y. Personal savings account - Sterling Federal Bank

DATE: _____            For the Court,

                                        By: _____

                                        United States Bankruptcy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 3                   Date Rcvd: Apr 16, 2009
Case: 05-75642                 Form ID: pdf002             Total Served: 67

The following entities were served by first class mail on Apr 18, 2009.
db/jdb        +Jimmie Clites,   Janet Clites,   2107 11th Ave,   Sterling, IL 61081-1407
aty           +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
tr            +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
10000367      +AM Bevel, Inc.,   280 Alessio Drive,   Joliet, IL 60433-2975
10000370      +APC Programs,   5251 Zenith Parkway,   Loves Park, IL 61111-2727
10000365      +Academy Collection Service, Inc.,   10965 Decatur Road,   Philadelphia, PA 19154-3294
10000366      +Alltel Publishing,   360 HIghland Road,   Macedonia, OH 44056-2139
10000368      +Amcore Bank,   302 1st Ave,   Sterling, IL 61081-3663
10000371      +Capital One Bank,   4851 Cox Rd. - #1203,   Glen Allen, VA 23060-6293
10000372      +Citi Platinum Select,   PO Box 6000,   The Lakes, NV 89163-0001
10586721      +Citibank (USA) Assoc Shell Payment Center,   4300 Westown Parkway,
               West Des Moines IA 50266-1266
10646928      +Citibank USA dba Staples,   POB 9025,   Des Moines IA 50368-9025
10631008      +Citibank(South Dakota)/Choice,   Exception Payment Processing,   POB 6305,
               The Lakes NV 88901-6305
10000373       Collection Services Division,   IL Dept of Revenue - 100% Penalty Unit,   PO Box 19035,
               Springfield, IL 62794-9035
10000375      +DunsDemand,   PO Box 280431,   East Hartford, CT  06128-0431
10000377     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,   PO Box 630778,   Cincinnati, OH  45263)
10000376      +Fastenal,   2140 Industrial Drive,   Sterling, IL 61081-9214
10549480      +Fifth Third Bank,   1850 E Paris Ave SE,   MD#ROPS05/Bankruptcy,   Grand Rapids MI 49546-6253
10000382      +Fyr Fyter,   PO Box 614,   Dixon, IL 61021-0614
10000383      +GC Services,   PO Box 79,   Elgin, IL 60121-0079
10602349       Household Bank(SB) NA Menards,   c/o Bass & associates PC,   3936 E Ft Lowell Rd Ste 200,
               Tucson, AZ  85712-1083
10000385       IL Dept of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago IL 60664-0338
10543884     ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,   Bankruptcy Section,
               100 West Randolph Street #7-400,   Chicago, Illinois  60601)
10000387     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10000384       Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
10000386      +Illinois State Disbursement Unit,   Accounting Supervisor,   PO Box 5920,
               Carol Stream, IL 60197-5920
10000389       Joseph, Mann & Creed,   PO Box 22253,   Beachwood, OH  44122-0253
10000390      +Lindgren, Callihan, Van Osdol & Co.,   PO Box 567,   Freeport, IL 61032-0567
10000392    +++MBNA America Bank,   POB 15168 MS 1423,   Wilmington DE 19850-5168
10000393       McLeodUSA,   PO Box 3243,   Milwaukee, WI  53201-3243
10000395      +Mid American Glass,   PO Box 3428,   Davenport, IA 52808-3428
10000397      +Mulherin, Rehfeldt & Varchetto, PC,   211 S Wheaton Ave # 200,   Wheaton, IL 60187-5251
10000398      +New Millenium Directories, Inc.,   319 First Avenue,   Sterling, IL 61081-3601
10000399      +NiCor Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9600
10000400      +Pierce & Associates,   1 North Dearborn - Ste. 1300,   Chicago, IL 60602-4331
10000401       Pitney Bowes,   2225 American Drive,   Neenah, WI  54956-1005
10000402       RAB, Inc.,   PO Box 34111,   Memphis, TN 38184-0111
10000408      +RRCA Accounts Management, Inc.,   312  Locust St.,   Sterling, IL 61081-3539
10000403      +Randy Clites,   13305 Millard Avenue,   Omaha NE 68137-1744
10000405       Retail Services,   PO Box 703,   Wood Dale, IL  60191-0703
10000406      +Rockford Central Plastics,   6715 W. State Street,   Rockford, IL 61102-1274
10000407      +Royal Publishing,   7620 N. Harker Drive,   Peoria, IL 61615-1857
10000411       SBC Yellow Pages,   RH Donnelley,   PO Box 807008,   Kansas City,MO  64180-7008
10000409      +Sauk Valley Bank,   201 W 3rd St,   Sterling, IL 61081-3506
10000410      +Sauk Valley Newspapers,   PO Box 498,   Sterling, IL 61081-0498
10000412      +Shawver Press,   120 E. Lincolnway,   Morrison, IL 61270-2623
10000413       Shell Credit Card Center,   PO Box 9081,   Des Moines, IA  50368-9081
10000414      +Smeltzer Insurance Agency,   PO Box 31,   Rock Falls, IL 61071-0031
10000415    +++St. of IL - IL Dept. of Labor,   % Shanaz Mohamed Asst. Attorney Gen,
               100 W. Randolph St. - 13th Floor,   Chicago, IL 60601-3397
10000416       Staples Credit Plan,   PO Box 689162,   Des Moines, IA 50638-9163
10000417      +Sterling CWMC,   110 East Lynn Blvd.,   Sterling, IL 61081-1085
10000418      +Sterling Federal Bank,   110 E 4th St,   Sterling, IL 61081-3671
10586263      +Sterling Federal Bank, F.S.B.,   110 E. 4th Street,   Sterling, IL 61081-3671
10000420      +Steven Clites,   511 E. 10th Street,   Sterling, IL 61081-2548
10000419      +Steven Clites,   511 3 Tenth St,   Sterling, IL 61081
10000421      +Supreme Cleaners, Inc.,   2015 N. Brinton Avenue,   Dixon, IL 61021-8264
10000422      +Trackers, Inc.,   PO Box 1227,   Bettendorf, IA 52722-0021
10000423      +Trans Atlantic Co.,   PO Box 37006,   Philadelphia, PA 19122-0706
10000424      +Valentine & Kebartas, Inc.,   PO Box 325,   Lawrence, MA 01842-0625
10000425       Ward, Murray, Pace & Johnson,   PO Box 499,   Sterling, IL  61081
10000426      +Weinstine, Shirk & Buckwalter-Schurman,,   PO Box 409,   Morrison, IL 61270-0409
10000427      +Whiteside County Collector,   200 East Knox Street,   Morrison, IL 61270-2819
10000432    +++Yellow Book USA,   c/o RMS Bankruptcy Recovery Services,   POB 5126,
               Timonium Maryland 21094-5126
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 3                   Date Rcvd: Apr 16, 2009
Case: 05-75642                Form ID: pdf002             Total Served: 67

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Apr 17, 2009.
10000374       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 17 2009 08:15:05      Discover,   PO Box 15192,
               Wilmington, DE   19850-5192
10546869       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 17 2009 08:15:05      Discover Financial Services,
               PO Box 8003,   Hilliard, OH 43026
10000394       E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2009 07:48:34     Menards,   Conseco Finance,
               PO Box 6150,   Rapid City, SD   57709-6150
10639257      +E-mail/Text: bankrup@nicor.com                              Nicor Gas,   PO Box 549,
               Aurora IL 60507-0549
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Richard Palmer
aty*          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
aty*          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
10000369*     +Amcore Bank,   302 1st Ave,   Sterling, IL 61081-3663
10000378*    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   PO Box 630778,   Cincinnati, OH   45263)
10000379*    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   PO Box 630778,   Cincinnati, OH   45263)
10000380*    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   PO Box 630778,   Cincinnati, OH   45263)
10000381*    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   PO Box 630778,   Cincinnati, OH   45263)
10000388*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10607036*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10828602*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10000391*     +Lindgren, Callihan, Van Osdol & Co.,   PO Box 567,   Freeport, IL 61032-0567
10000396*     +Mid-American Glass, Inc.,   PO Box 3428,   Davenport, IA 52808-3428
10000428*     +Whiteside County Collector,   200 East Knox Street,   Morrison, IL 61270-2819
10000429*     +Whiteside County Collector,   200 East Knox Street,   Morrison, IL 61270-2819
10000430*     +Whiteside County Collector,   200 East Knox Street,   Morrison, IL 61270-2819
10000431*     +Whiteside County Collector,   200 East Knox Street,   Morrison, IL 61270-2819
                                                                                         TOTALS: 1, * 16
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-3          User: lorsmith            Page 3 of 3           Date Rcvd: Apr 16, 2009
Case: 05-75642                Form ID: pdf002           Total Served: 67

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2009**                **Signature:** *Joseph Speetjens*