**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: CLITES, JIMMIE | § | Case No. 05-75642 |
| CLITES, JANET | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $164,447.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $147,743.46 | Claims Discharged Without Payment: $49,789.18 |
| Total Expenses of Administration: $46,478.10 | |

3) Total gross receipts of $ 201,721.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,500.00 (see **Exhibit 2**), yielded net receipts of $194,221.56 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $171,743.72 | $130,301.18 | $130,301.18 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 46,478.31 | 46,478.10 | 46,478.10 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 222,474.52 | 42,542.19 | 17,442.28 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 61,679.67 | 49,789.18 | 0.00 |
| TOTAL DISBURSEMENTS | $0.00 | $502,376.22 | $269,110.65 | $194,221.56 |

4) This case was originally filed under Chapter 7 on October 06, 2005.
. The case was pending for 53 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/16/2010        By: /s/BRADLEY J. WALLER
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| RESIDENCE | 1110-000 | 95,000.00 |
| 611 E 3RD ST. COMMERCIAL BUILDING | 1110-000 | 65,000.00 |
| RELIASTAR WHOLE LIFE | 1129-000 | 1,282.76 |
| ACCOUNTS RECEIVABLE | 1121-000 | 11,959.69 |
| POSSIBLE CLAIM FOR CHRIOPRACTIC MALPRACTICE | 1142-000 | 27,000.00 |
| REIMBURSEMENT FROM COMED | 1229-000 | 235.89 |
| REFUND MONEY RECEIVED ON TERMINATED CONTRACT | 1290-000 | 500.00 |
| REFUND ON TAXES PAID | 1224-000 | 44.34 |
| Interest Income | 1270-000 | 698.88 |
| **TOTAL GROSS RECEIPTS** | | **$201,721.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jimmie Clites | Payment for Personal Injury Exemption per court order of 07/24/2006 | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,500.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 4800-000 | N/A | 5,597.27 | 5,597.27 | 5,597.27 |
| Illinois Department of Revenue | 4800-000 | N/A | 6,191.71 | 6,191.71 | 6,191.71 |
| Sterling Federal Bank, F.S.B. | 4110-000 | N/A | 31,442.54 | 0.00 | 0.00 |
| Mid-American Glass, Inc. | 4110-000 | N/A | 10,000.00 | 0.00 | 0.00 |
| H.B. Wilkinson Title Company, Inc. | 4110-000 | N/A | 33,000.00 | 33,000.00 | 33,000.00 |
| H.B. Wilkinson Title Company, Inc. | 4110-000 | N/A | 14,543.86 | 14,543.86 | 14,543.86 |
| H.B. Wilkinson Title Company, Inc | 4110-000 | N/A | 38,888.11 | 38,888.11 | 38,888.11 |
| H.B. Wilkinson Title Company, Inc | 4110-000 | N/A | 19,857.37 | 19,857.37 | 19,857.37 |
| H.B. Wilkinson Title Company, Inc | 4110-000 | N/A | 7,722.20 | 7,722.20 | 7,722.20 |
| Medicare Secondary Payer Recovery Contractor | 4210-000 | N/A | 4,500.66 | 4,500.66 | 4,500.66 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $171,743.72 | $130,301.18 | $130,301.18 |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 12,961.08 | 12,960.87 | 12,960.87 |
| BRADLEY J. WALLER | 2200-000 | N/A | 913.77 | 913.77 | 913.77 |
| BRADLEY J. WALLER | 3110-000 | N/A | 1,600.00 | 1,600.00 | 1,600.00 |
| Richard A. Palmer | 3210-000 | N/A | 9,000.00 | 9,000.00 | 9,000.00 |
| Richard A. Palmer | 3220-000 | N/A | 245.50 | 245.50 | 245.50 |
| LEE G. SCHWENDNER, CPA | 3410-000 | N/A | 1,952.50 | 1,952.50 | 1,952.50 |
| Resource Bank-Money Order | 2990-000 | N/A | 1.00 | 1.00 | 1.00 |
| Resource Bank-Money Order | 2990-000 | N/A | 2.00 | 2.00 | 2.00 |
| H.B. Wilkinson Title Company, Inc. | 2820-000 | N/A | 451.44 | 451.44 | 451.44 |
| H.B. Wilkinson Title Company, Inc. | 2820-000 | N/A | 2,498.08 | 2,498.08 | 2,498.08 |

**UST Form 101-7-TDR (9/1/2009)**

| Payee | Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|
| H.B. Wilkinson Title Company, Inc. | 2820-000 | N/A | 2,939.00 | 2,939.00 | 2,939.00 |
| H.B. Wilkinson Title Company, Inc. | 3510-000 | N/A | 3,900.00 | 3,900.00 | 3,900.00 |
| H.B. Wilkinson Title Company, Inc. | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| H.B. Wilkinson Title Company, Inc. | 3110-000 | N/A | 450.00 | 450.00 | 450.00 |
| H.B. Wilkinson Title Company, Inc. | 2500-000 | N/A | 232.00 | 232.00 | 232.00 |
| H.B. Wilkinson Title Company, Inc. | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| H.B. Wilkinson Title Company, Inc. | 2500-000 | N/A | 164.50 | 164.50 | 164.50 |
| H.B. Wilkinson Title Company, Inc. | 2500-000 | N/A | 228.96 | 228.96 | 228.96 |
| H.B. Wilkinson Title Company, Inc. | 2500-000 | N/A | 841.37 | 841.37 | 841.37 |
| Brauer's Lawn Care | 2420-000 | N/A | 120.00 | 120.00 | 120.00 |
| Brauer's Lawn Care | 2420-000 | N/A | 120.00 | 120.00 | 120.00 |
| Brauer's Lawn Care | 2420-000 | N/A | 240.00 | 240.00 | 240.00 |
| Brauer's Lawn Care | 2420-000 | N/A | 120.00 | 120.00 | 120.00 |
| Brauer's Lawn Care | 2420-000 | N/A | 60.00 | 60.00 | 60.00 |
| H.B. Wilkinson Title Company, Inc | 2820-000 | N/A | 4,693.32 | 4,693.32 | 4,693.32 |
| H.B. Wilkinson Title Company, Inc | 3110-000 | N/A | 450.00 | 450.00 | 450.00 |
| H.B. Wilkinson Title Company, Inc | 2500-000 | N/A | 828.05 | 828.05 | 828.05 |
| Jimmie & Janet Clites | 2990-000 | N/A | 500.00 | 500.00 | 500.00 |
| Klein, Stoddard, Buck, Waller, & Lewis LLC | 2300-000 | N/A | 36.74 | 36.74 | 36.74 |
| United States Treasury | 2810-000 | N/A | 477.00 | 477.00 | 477.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 374.00 | 374.00 | 374.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 46,478.31 | 46,478.10 | 46,478.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | N/A | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 295.15 | 295.15 |
| INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 91.50 | 91.50 |
| INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 21.40 | 21.40 |
| INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 29.52 | 8.75 |
| INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 29.52 | 8.75 |
| INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 21.40 | 6.34 |
| INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 91.50 | 27.11 |
| Illinois Department of Revenue | 5800-000 | N/A | 1,224.70 | 1,224.70 | 362.83 |
| Illinois Department of Revenue | 5800-000 | N/A | 1,762.12 | 1,762.12 | 522.04 |
| Steven Clites | 5300-000 | N/A | 1,475.75 | 1,067.70 | 1,067.70 |
| Randy Clites | 5700-000 | N/A | 5,400.00 | 5,400.00 | 5,400.00 |
| Department of the Treasury-Internal Revenue | 5800-000 | N/A | 180,104.27 | 0.00 | 0.00 |
| Department of the Treasury-Internal Revenue | 5800-000 | N/A | 30,242.68 | 30,242.68 | 8,959.68 |
| Department of the Treasury-Internal Revenue | 5800-000 | N/A | 2,265.00 | 2,265.00 | 671.03 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 222,474.52 | 42,542.19 | 17,442.28 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 7100-000 | N/A | 144.91 | 144.91 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 438.52 | 438.52 | 0.00 |
| RRCA Accounts Management, Inc. | 7100-000 | N/A | 298.23 | 298.23 | 0.00 |
| Discover Financial Services | 7100-000 | N/A | 5,443.71 | 5,443.71 | 0.00 |
| Trans Atlantic Co. | 7100-000 | N/A | 81.01 | 81.01 | 0.00 |
| Fifth Third Bank | 7100-000 | N/A | 3,646.70 | 3,646.70 | 0.00 |
| Yellow Book USA | 7100-000 | N/A | 1,435.83 | 1,435.83 | 0.00 |
| Rockford Central Plastics | 7100-000 | N/A | 1,198.41 | 1,198.41 | 0.00 |
| Sauk Valley Newspapers | 7100-000 | N/A | 227.70 | 227.70 | 0.00 |
| Citibank (USA) Assoc Shell Payment Center | 7100-000 | N/A | 1,115.51 | 1,115.51 | 0.00 |
| MBNA America Bank | 7100-000 | N/A | 9,663.24 | 9,663.24 | 0.00 |
| St. of IL - IL Dept. of Labor | 7100-000 | N/A | 7,329.37 | 7,329.37 | 0.00 |
| Citibank(South Dakota)/Choice | 7100-000 | N/A | 9,640.99 | 9,640.99 | 0.00 |
| Citibank(South Dakota)/Choice | 7100-000 | N/A | 746.98 | 746.98 | 0.00 |
| Department of the Treasury-Internal Revenue | 7100-000 | N/A | 5,251.04 | 5,251.04 | 0.00 |
| Mid-American Glass, Inc. | 7100-000 | N/A | 11,890.49 | 0.00 | 0.00 |
| Nicor Gas | 7100-000 | N/A | 253.68 | 253.68 | 0.00 |
| Citibank USA dba Staples | 7200-000 | N/A | 2,873.35 | 2,873.35 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 61,679.67 | 49,789.18 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05-75642
**Case Name:** CLITES, JIMMIE
CLITES, JANET
**Period Ending:** 02/16/10

**Trustee:** (330501) BRADLEY J. WALLER
**Filed (f) or Converted (c):** 10/06/05 (f)
**§341(a) Meeting Date:** 11/04/05
**Claims Bar Date:** 03/14/06

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  RESIDENCE | 132,000.00 | 95,000.00 |    | 95,000.00 | FA |
| 2  611 E 3RD ST. COMMERCIAL BUILDING | 140,000.00 | 65,000.00 |    | 65,000.00 | FA |
| 3  609 E ERD ST SINGLE FAMILY RESIDENCE | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 4  607 E 3RD ST COMMERCIAL BUILDING | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 5  PERSONAL CHECKING ACCT-SAUK VALLEY | 200.00 | 0.00 | DA | 0.00 | FA |
| 6  PERSONAL CHECKING ACCT-5TH/3RD BANK | 43.00 | 0.00 | DA | 0.00 | FA |
| 7  PERSONAL SAVING ACCT-SAUK VALLEY BANK | 407.00 | 0.00 | DA | 0.00 | FA |
| 8  BUSINESS CHECKING-SAUK VALLEY BANK | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 9  BUSINESS CHECKING-5TH/3RD BANK | 195.00 | 0.00 | DA | 0.00 | FA |
| 10  EDWARD D. JONES-MONEY MARKET ACCOUNT | 700.00 | 0.00 | DA | 0.00 | FA |
| 11  HOUSEHOLD GOODS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 12  WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 13  MISC JEWELRY AND WEDDING RINGS | 100.00 | 0.00 | DA | 0.00 | FA |
| 14  RELIASTAR WHOLE LIFE INSURANCE | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 15  RELIASTAR WHOLE LIFE | 1,000.00 | 1,282.76 |    | 1,282.76 | FA |
| 16  STATE FARM INSURANCE-WHOLE LIFE | 500.00 | 0.00 | DA | 0.00 | FA |
| 17  MIDWEST SECURITY -TERM INSURANCE | 1.00 | 0.00 | DA | 0.00 | FA |
| 18  MASS MUTUAL-WHOLE LIFE | 200.00 | 0.00 | DA | 0.00 | FA |
| 19  WESTERN & SOUTHERN LIFE INSURANCE | 700.00 | 0.00 | DA | 0.00 | FA |
| 20  WESTERN & SOUTHERN LIFE INSURANCE-IRA | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 21  JACKSON NATIONAL LIFE-IRA | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 22  FIFTH THIRD BANK-IRA | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 23  C & E GLASS-STOCK AND INTERESTS | 1.00 | 0.00 | DA | 0.00 | FA |
| 24  ACCOUNTS RECEIVABLE | 19,602.00 | 11,959.69 |    | 11,959.69 | FA |
| 25  POSSIBLE CLAIM FOR CHRIOPRACTIC MALPRACTICE | Unknown | 27,000.00 |    | 27,000.00 | FA |
| 26  2005 CHEVY MALIBU | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 27  1988 CHEVY 1/2 TON PICKUP | 2,500.00 | 0.00 | DA | 0.00 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-75642
Case Name: CLITES, JIMMIE
CLITES, JANET
Period Ending: 02/16/10

Trustee: (330501) BRADLEY J. WALLER
Filed (f) or Converted (c): 10/06/05 (f)
§341(a) Meeting Date: 11/04/05
Claims Bar Date: 03/14/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | 1994 DODGE RAM 1/2 TON PICKUP | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 29 | 1998 DODGE DAKOTA PICKUP | 5,500.00 | 0.00 | DA | 0.00 | FA |
| 30 | MISC OFFICE EQUIPMENT OF C & E GLASS CO. | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 31 | TOOLS AND EQUIPMENT FOR C & E GLASS CO. | 20,500.00 | 0.00 | DA | 0.00 | FA |
| 32 | GLASS INVENTORY OF C & E GLASS CO. | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 33 | REIMBURSEMENT FROM COMED (u) | 0.00 | 235.89 | | 235.89 | FA |
| 34 | REFUND MONEY RECEIVED ON TERMINATED CONTRACT (u) | 0.00 | 500.00 | | 500.00 | FA |
| 35 | REFUND ON TAXES PAID (u) | 0.00 | 44.34 | | 44.34 | FA |
| 36 | PERSONAL SAVINGS ACCT-STERLING FEDERAL BANK | 200.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 698.88 | FA |
| 37 | Assets    Totals (Excluding unknown values) | $457,049.00 | $201,022.68 | | $201,721.56 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):    December 31, 2006        Current Projected Date Of Final Report (TFR):    May 6, 2009  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-75642 | | Trustee: | BRADLEY J. WALLER (330501) |
| --- | --- | --- | --- | --- |
| Case Name: | CLITES, JIMMIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CLITES, JANET | | Account: | \*\*\*-\*\*\*\*\*50-65 - Money Market Account |
| Taxpayer ID #: | 13-7481658 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/16/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/22/05 | {24} | Luzetta Maxwell & Thomas Maxwell | Accounts Receivable | 1121-000 | 3.62 | | 3.62 |
| 10/22/05 | {24} | George Hallman & Janet Hallman | Accounts Receivable | 1121-000 | 17.41 | | 21.03 |
| 10/22/05 | {24} | James Harness & Mari Harness | Accounts Receivable | 1121-000 | 19.28 | | 40.31 |
| 10/22/05 | {24} | David Hefty & Lisbeth Hefty | Accounts Receivable | 1121-000 | 57.24 | | 97.55 |
| 10/22/05 | {24} | Beatriz Latigo | Accounts Receivable | 1121-000 | 89.45 | | 187.00 |
| 10/22/05 | {24} | Ian Baxter & Booke Baxter | Accounts Receivable | 1121-000 | 91.99 | | 278.99 |
| 10/22/05 | {24} | John & Ellen Hostetler | Accounts Receivable | 1121-000 | 97.54 | | 376.53 |
| 10/22/05 | {24} | Resource Bank-Money Order | Petty Cash | 1121-000 | 138.45 | | 514.98 |
| 10/22/05 | {24} | Waste Management Inc. | Accounts Receivable | 1121-000 | 200.40 | | 715.38 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.06 | | 715.44 |
| 11/14/05 | {24} | John W. Schmitt | Accounts Receivable | 1121-000 | 10.20 | | 725.64 |
| 11/14/05 | {24} | Reaver Plumbing & Heating | Accounts Receivable | 1121-000 | 14.00 | | 739.64 |
| 11/14/05 | {24} | City of Sterling | Accounts Receivable | 1121-000 | 45.00 | | 784.64 |
| 11/14/05 | {24} | Frantz Manufacturing Company | Accounts Receivable | 1121-000 | 17.88 | | 802.52 |
| 11/14/05 | {24} | Folsom's Bakery, Inc. | Accounts Receivable | 1121-000 | 204.11 | | 1,006.63 |
| 11/14/05 | {24} | Coloma Township Park District | Accounts Receivable | 1121-000 | 66.05 | | 1,072.68 |
| 11/14/05 | {24} | Marv Lofgren & Son Contractors | Accounts Receivable | 1121-000 | 84.34 | | 1,157.02 |
| 11/15/05 | {24} | Dr. Thomas Vinje | Accounts Receivable | 1121-000 | 220.06 | | 1,377.08 |
| 11/16/05 | {24} | Specialized Construction & Utility Corp | Accounts Receivable | 1121-000 | 51.24 | | 1,428.32 |
| 11/16/05 | {24} | Forreston Mutual Insurance Company | Accounts Receivable | 1121-000 | 320.80 | | 1,749.12 |
| 11/18/05 | {24} | Conkling Real Estates Management, Inc. | Accounts Receivable | 1121-000 | 80.89 | | 1,830.01 |
| 11/21/05 | {24} | Rock Falls Township High School | Account Receivable | 1121-000 | 297.77 | | 2,127.78 |
| 11/21/05 | {24} | Treb Investment Corp DBA The Inn of Ster | Account Receivable | 1121-000 | 425.00 | | 2,552.78 |
| 11/21/05 | {24} | Donald L. Rastede, D.D.S. | Account Receivable | 1121-000 | 1,000.00 | | 3,552.78 |
| 11/21/05 | {24} | State Farm Insurance Co. | Account Receivable | 1121-000 | 799.12 | | 4,351.90 |
| 11/21/05 | {24} | Sinnissippi Townhomes, Inc. | Account Receivable | 1121-000 | 27.17 | | 4,379.07 |
| 11/21/05 | {24} | Sterling Christian School | Account Receivable | 1121-000 | 165.84 | | 4,544.91 |
| 11/21/05 | {24} | Community Unit School Dist. # 5 | Account Receivable | 1121-000 | 305.00 | | 4,849.91 |
| 11/21/05 | {24} | Ronald O. Williams | Account Receivable | 1121-000 | 199.17 | | 5,049.08 |
| 11/21/05 | {24} | Tri-County Opportunities Council | Account Receivable | 1121-000 | 17.02 | | 5,066.10 |
| 11/21/05 | {24} | Lonnie Bell Chattic | Account Receivable | 1121-000 | 59.25 | | 5,125.35 |
| 11/21/05 | {24} | SPF-I/Roch | Account Receivable | 1121-000 | 42.00 | | 5,167.35 |
| 11/21/05 | {24} | CGH Medical Center | Account Receivable | 1121-000 | 27.00 | | 5,194.35 |
| 11/21/05 | {24} | Prowant Construction Co. | Account Receivable | 1121-000 | 343.48 | | 5,537.83 |

Subtotals: $5,537.83    $0.00

{} Asset reference(s)

Printed: 02/16/2010 03:09 PM   V.11.54

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-75642 | | Trustee: | BRADLEY J. WALLER (330501) |
|---|---|---|---|---|
| Case Name: | CLITES, JIMMIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CLITES, JANET | | Account: | ***-*****50-65 - Money Market Account |
| Taxpayer ID #: | 13-7481658 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/16/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/21/05 | {24} | Metavante Corp- re: Emeka Okenwa | Account Receivable | 1121-000 | 200.00 | | 5,737.83 |
| 11/21/05 | {24} | Newman Central Catholic High School | Account Receivable | 1121-000 | 195.18 | | 5,933.01 |
| 11/21/05 | {24} | SBM Business Equipment Center | Account Receivable | 1121-000 | 19.60 | | 5,952.61 |
| 11/21/05 | {24} | Vinnys-Anthony Capasso | Account Receivable | 1121-000 | 202.81 | | 6,155.42 |
| 11/21/05 | {24} | James Fitzgerald | Account Receivable | 1121-000 | 19.29 | | 6,174.71 |
| 11/21/05 | {24} | Sterling Ford L-M Inc. | Account Receivable | 1121-000 | 633.14 | | 6,807.85 |
| 11/21/05 | {24} | Raymond James | Account Receivable | 1121-000 | 25.67 | | 6,833.52 |
| 11/22/05 | | Resource Bank-Money Order | Accounts Receivable | | 170.07 | | 7,003.59 |
| | {24} | | 171.07 | 1121-000 | | | 7,003.59 |
| | | | Purchase Money Order -1.00 | 2990-000 | | | 7,003.59 |
| 11/22/05 | {24} | Richard Newendyke | Accounts Receivable | 1121-000 | 138.28 | | 7,141.87 |
| 11/22/05 | {24} | Lane Smith/Linda Charleston | Accounts Receivable | 1121-000 | 19.52 | | 7,161.39 |
| 11/22/05 | {24} | Freda Nolan | Accounts Receivable | 1121-000 | 15.00 | | 7,176.39 |
| 11/22/05 | {24} | Al Silva | Accounts Receivable | 1121-000 | 31.35 | | 7,207.74 |
| 11/22/05 | {24} | Daniel L. Kelly | Accounts Receivable | 1121-000 | 26.77 | | 7,234.51 |
| 11/22/05 | {24} | Marianne Johnson | Accounts Receivable | 1121-000 | 96.08 | | 7,330.59 |
| 11/22/05 | {24} | Michael E. Broderick | Accounts Receivable | 1121-000 | 302.00 | | 7,632.59 |
| 11/22/05 | {24} | Jackie's Custom Interiors | Accounts Receivable | 1121-000 | 447.35 | | 8,079.94 |
| 11/22/05 | {24} | David M. Soldat | Accounts Receivable | 1121-000 | 89.24 | | 8,169.18 |
| 11/22/05 | {24} | Roger D. Ross | Accounts Receivable | 1121-000 | 23.61 | | 8,192.79 |
| 11/22/05 | {24} | Mark Mench, M.D. | Accounts Receivable | 1121-000 | 165.66 | | 8,358.45 |
| 11/22/05 | {24} | Bricker Fletcher | Accounts Receivable | 1121-000 | 501.68 | | 8,860.13 |
| 11/22/05 | {24} | Kitchen Planners | Accounts Receivable | 1121-000 | 73.81 | | 8,933.94 |
| 11/22/05 | {24} | Kitchen Planners | Accounts Receivable | 1121-000 | 19.84 | | 8,953.78 |
| 11/28/05 | {24} | Terry Rodriguez | Accounts Receivable | 1121-000 | 77.72 | | 9,031.50 |
| 11/28/05 | {24} | Lonnie Bell Chattic | Accounts Receivable | 1121-000 | 148.58 | | 9,180.08 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.35 | | 9,181.43 |
| 11/30/05 | {24} | JPMORGAN CHASE BANK | NSF-Deposit 100029-1 Returned- Tri County Oportunites Councel | 1121-000 | -17.02 | | 9,164.41 |
| 12/02/05 | {24} | CC Services, Inc. | Accounts Receivable | 1121-000 | 672.85 | | 9,837.26 |
| 12/02/05 | {24} | Keith Bos | Accounts Receivable | 1121-000 | 854.00 | | 10,691.26 |
| 12/02/05 | | Resource Bank-Money Order | Accounts Receivable | | 6.00 | | 10,697.26 |
| | {24} | | 8.00 | 1121-000 | | | 10,697.26 |
| | | | Payment for Money Order for Cash Received -2.00 | 2990-000 | | | 10,697.26 |
| 12/05/05 | {24} | Community Unit School Dist. #5 | Accounts Receivable | 1121-000 | 191.00 | | 10,888.26 |
| 12/06/05 | {24} | Uncle Sam's Glass & Door, Inc. | Accounts Receivable | 1121-000 | 150.00 | | 11,038.26 |
| | | | Subtotals: | | $5,500.43 | $0.00 | |

{} Asset reference(s)

Printed: 02/16/2010 03:09 PM   V.11.54

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-75642 | | Trustee: | BRADLEY J. WALLER (330501) |
|---|---|---|---|---|
| Case Name: | CLITES, JIMMIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CLITES, JANET | | Account: | \*\*\*-\*\*\*\*\*50-65 - Money Market Account |
| Taxpayer ID #: | 13-7481658 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/16/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/15/05 | {24} | Waste Management Inc | Accounts Receivable | | 1121-000 | 421.37 | | 11,459.63 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 5.47 | | 11,465.10 |
| 01/03/06 | {25} | PACO Assurnace Company, Inc. | Payment for Settlement of Malpractice Claim per court order of 12/14/2005 | | 1142-000 | 27,000.00 | | 38,465.10 |
| 01/10/06 | {24} | Sterling Manor Apartments | Accounts Receivable | | 1121-000 | 28.95 | | 38,494.05 |
| 01/18/06 | 1001 | Richard A. Palmer | Payment for Attorney's Fees per court order of 12/14/2005 | | 3210-000 | | 9,000.00 | 29,494.05 |
| 01/18/06 | 1002 | Richard A. Palmer | Payment for Attorney's Expenses per court order of 12/14/2005 | | 3220-000 | | 245.50 | 29,248.55 |
| 01/19/06 | {24} | Sterling Pavilion, Ltd. | Accounts Receivable | | 1121-000 | 379.00 | | 29,627.55 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 18.74 | | 29,646.29 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 15.92 | | 29,662.21 |
| 03/03/06 | {33} | Com Ed | Reimbursement for account 1897098002 | | 1229-000 | 235.89 | | 29,898.10 |
| 03/06/06 | {24} | Debra Hodges | Accounts Receivable | | 1121-000 | 73.50 | | 29,971.60 |
| 03/08/06 | | H.B. Wilkinson Title Company, Inc. | Sale of commercial property per court order of | | | 5,672.79 | | 35,644.39 |
| | {2} | | | 65,000.00 | 1110-000 | | | 35,644.39 |
| | | | County taxes 01/01/2006-03/07/2006 | -451.44 | 2820-000 | | | 35,644.39 |
| | | | 2005 Real Estate Tax Credit | -2,498.08 | 2820-000 | | | 35,644.39 |
| | | | County Collector-2004 Real Estate Taxes | -2,939.00 | 2820-000 | | | 35,644.39 |
| | | | Fifth Third Bank-payoff first mortgage | -33,000.00 | 4110-000 | | | 35,644.39 |
| | | | Sauk Valley Bank& Trust-payoff second mortgage | -14,543.86 | 4110-000 | | | 35,644.39 |
| | | | Re/Max Sauk Valley-Commission | -3,900.00 | 3510-000 | | | 35,644.39 |
| | | | HB Wilkinson Title Company-Closing Fee | -75.00 | 2500-000 | | | 35,644.39 |
| | | | Bradley J. Waller-Attorney's Fees | -450.00 | 3110-000 | | | 35,644.39 |
| | | | Chicago Title Company Owner's Coverage | -232.00 | 2500-000 | | | 35,644.39 |
| | | | State of IL Policy Registration Fee | -3.00 | 2500-000 | | | 35,644.39 |
| | | | Recording Fees/Transfer Charges | -164.50 | 2500-000 | | | 35,644.39 |

Subtotals :  $33,851.63   $9,245.50

{} Asset reference(s)

Printed: 02/16/2010 03:09 PM   V.11.54

## Form 2

### Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 05-75642 | Trustee: BRADLEY J. WALLER (330501) |
| Case Name: CLITES, JIMMIE / CLITES, JANET | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***-*****50-65 - Money Market Account |
| Taxpayer ID #: 13-7481658 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 02/16/10 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | IL Amercian Water-Water Bill  -228.96 | 2500-000 | | | 35,644.39 |
| | | | Nicor-Gas bill  -841.37 | 2500-000 | | | 35,644.39 |
| 03/15/06 | {24} | Tri-County Opportunites Council | Accounts Receivable | 1121-000 | 17.02 | | 35,661.41 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 20.19 | | 35,681.60 |
| 04/11/06 | {34} | ReliaStar Life Insurance Company | Refund Money Received on Terminated Contract | 1290-000 | 500.00 | | 36,181.60 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.79 | | 36,204.39 |
| 05/09/06 | {24} | Rock River Valley Self Help Enterprises | Accounts Receivable | 1121-000 | 65.00 | | 36,269.39 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.64 | | 36,294.03 |
| 06/13/06 | 1003 | Brauer's Lawn Care | Payment for mowing & trimming property located at 607-609 E Third St. Sterling, IL on 05/18/06 & 05/31/06 | 2420-000 | | 120.00 | 36,174.03 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.84 | | 36,197.87 |
| 07/23/06 | 1004 | Brauer's Lawn Care | Payment for mowing and trimming 607-609 E Third St. Sterling | 2420-000 | | 120.00 | 36,077.87 |
| 07/24/06 | 1005 | Jimmie Clites | Payment for Personal Injury Exemption per court order of 07/24/2006 | 8100-002 | | 7,500.00 | 28,577.87 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.59 | | 28,602.46 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.54 | | 28,627.00 |
| 09/04/06 | 1006 | Brauer's Lawn Care | Payment for mowing and trimming 607-609 E Third St. Sterling-08/11/ & 08/25/06 & July | 2420-000 | | 240.00 | 28,387.00 |
| 09/24/06 | 1007 {24} | Rock River Valley Self Help Enterprises, Inc. | Refund of monies inadvertently paid to Trustee | 1121-000 | -65.00 | | 28,322.00 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.86 | | 28,344.86 |
| 10/10/06 | 1008 | Brauer's Lawn Care | Payment for mowing and trimming 607-609 E Third St. Sterling-09/06/2006 & 09/21/2006 | 2420-000 | | 120.00 | 28,224.86 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.94 | | 28,248.80 |
| 11/02/06 | 1009 | Brauer's Lawn Care | Payment for mowing and trimming 607-609 E Third St. Sterling-10/14/2006 | 2420-000 | | 60.00 | 28,188.80 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.54 | | 28,207.34 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.92 | | 28,225.26 |
| 01/10/07 | {15} | Jimmie Clites | Cash Value of Life Insurance per court order of 07/24/2006 | 1129-000 | 1,282.76 | | 29,508.02 |
| 01/10/07 | | H.B. Wilkinson Title Company, Inc | Sale of Residence per court order of 12/19/2006 | | 22,560.95 | | 52,068.97 |
| | {1} | | Sale of Residence  95,000.00 | 1110-000 | | | 52,068.97 |
| | | | Payoff of first  -38,888.11 | 4110-000 | | | 52,068.97 |
| | | | Subtotals : | | $24,584.58 | $8,160.00 | |

{} Asset reference(s)

Printed: 02/16/2010 03:09 PM   V.11.54

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-75642 | | Trustee: | BRADLEY J. WALLER (330501) |
|---|---|---|---|---|
| Case Name: | CLITES, JIMMIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CLITES, JANET | | Account: | \*\*\*-\*\*\*\*\*50-65 - Money Market Account |
| Taxpayer ID #: | 13-7481658 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/16/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | mortgage-5/3 Bank | | | | |
| | | | Payoff of second mortgage-5/3 Bank      -19,857.37 | 4110-000 | | | 52,068.97 |
| | | | 2004-2006 Real Estate & County Taxes    -4,693.32 | 2820-000 | | | 52,068.97 |
| | | | Payoff of third mortgage-5/3 Bank       -7,722.20 | 4110-000 | | | 52,068.97 |
| | | | Attorney's Fees      -450.00 | 3110-000 | | | 52,068.97 |
| | | | Title Work & Recording Fees      -828.05 | 2500-000 | | | 52,068.97 |
| 01/12/07 | 1010 | Jimmie & Janet Clites | Payment for premium on insurance policy | 2990-000 | | 500.00 | 51,568.97 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.68 | | 51,596.65 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.71 | | 51,622.36 |
| 03/01/07 | 1011 | BRADLEY J. WALLER | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-75642 Voided on 03/01/07 | 2300-000 | | ! 36.74 | 51,585.62 |
| 03/01/07 | 1011 | BRADLEY J. WALLER | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-75642 Voided: check issued on 03/01/07 | 2300-000 | | ! -36.74 | 51,622.36 |
| 03/01/07 | 1012 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-75642 | 2300-000 | | 36.74 | 51,585.62 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.54 | | 51,613.16 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 28.48 | | 51,641.64 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 28.49 | | 51,670.13 |
| 06/22/07 | 1013 | United States Treasury | Payment of 2005 1041 Tax | 2810-000 | | 477.00 | 51,193.13 |
| 06/22/07 | 1014 | Illinois Department of Revenue | Payment of 2005 Taxes-IL-1041-V | 2820-000 | | 374.00 | 50,819.13 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 26.66 | | 50,845.79 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 29.03 | | 50,874.82 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 28.07 | | 50,902.89 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.36 | | 50,928.25 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 29.91 | | 50,958.16 |
| 11/18/07 | {35} | Illinois Department of Revenue | Refund on Taxes paid for period ending 12-2005 | 1224-000 | 44.34 | | 51,002.50 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 26.52 | | 51,029.02 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 25.99 | | 51,055.01 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 23.34 | | 51,078.35 |
| | | | Subtotals : | | $397.12 | $1,387.74 | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 02/16/2010 03:09 PM  V.11.54

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-75642
**Case Name:** CLITES, JIMMIE
CLITES, JANET
**Taxpayer ID #:** 13-7481658
**Period Ending:** 02/16/10

**Trustee:** BRADLEY J. WALLER (330501)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****50-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 10.48 | | 51,088.83 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 9.49 | | 51,098.32 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 7.12 | | 51,105.44 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.39 | | 51,111.83 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.49 | | 51,118.32 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.49 | | 51,124.81 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.07 | | 51,130.88 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.70 | | 51,137.58 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 5.57 | | 51,143.15 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 4.02 | | 51,147.17 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.62 | | 51,150.79 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.08 | | 51,152.87 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.94 | | 51,154.81 |
| 03/02/09 | | To Account #********5066 | Transfer money to repay Medicare | 9999-000 | | 4,500.66 | 46,654.15 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.04 | | 46,656.19 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.90 | | 46,658.09 |
| 05/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.31 | | 46,658.40 |
| 05/06/09 | | To Account #********5066 | | 9999-000 | | 46,658.40 | 0.00 |
| | | | ACCOUNT TOTALS | | 69,952.30 | 69,952.30 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 51,159.06 | |
| | | | **Subtotal** | | **69,952.30** | **18,793.24** | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$69,952.30** | **$11,293.24** | |

{} Asset reference(s)

Printed: 02/16/2010 03:09 PM   V.11.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 05-75642 | | Trustee: | BRADLEY J. WALLER (330501) |
|---|---|---|---|---|
| Case Name: | CLITES, JIMMIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CLITES, JANET | | Account: | ***-*****50-66 - Checking Account |
| Taxpayer ID #: | 13-7481658 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/16/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/09 | | From Account #********5065 | Transfer money to repay Medicare | 9999-000 | 4,500.66 | | 4,500.66 |
| 03/02/09 | 101 | Medicare Secondary Payer Recovery Contractor | HIC#: 504422579A,    Debt Id No.: 2008305-09-000718 | 4210-000 | | 4,500.66 | 0.00 |
| 05/06/09 | | From Account #********5065 | | 9999-000 | 46,658.40 | | 46,658.40 |
| 05/07/09 | 102 | Illinois Department of Revenue | Dividend paid 100.00% on $5,597.27; Claim# 1A; Filed: $5,597.27; Reference: 36-3555763 | 4800-000 | | 5,597.27 | 41,061.13 |
| 05/07/09 | 103 | Illinois Department of Revenue | Dividend paid 100.00% on $6,191.71; Claim# 2A; Filed: $6,191.71; Reference: 2031-5678 | 4800-000 | | 6,191.71 | 34,869.42 |
| 05/07/09 | 104 | BRADLEY J. WALLER | Dividend paid 100.00% on $12,960.87, Trustee Compensation; Reference: | 2100-000 | | 12,960.87 | 21,908.55 |
| 05/07/09 | 105 | LEE G. SCHWENDNER, CPA | Dividend paid 100.00% on $1,952.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,952.50 | 19,956.05 |
| 05/07/09 | 106 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,600.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,600.00 | 18,356.05 |
| 05/07/09 | 107 | BRADLEY J. WALLER | Dividend paid 100.00% on $913.77, Trustee Expenses; Reference: | 2200-000 | | 913.77 | 17,442.28 |
| 05/07/09 | 108 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $295.15; Filed: $0.00 for Federal W/H | 5300-000 | | 295.15 | 17,147.13 |
| 05/07/09 | 109 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $91.50; Filed: $0.00 for FICA | 5300-000 | | 91.50 | 17,055.63 |
| 05/07/09 | 110 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $21.40; Filed: $0.00 for Medicare | 5300-000 | | 21.40 | 17,034.23 |
| 05/07/09 | 111 | Steven Clites | Dividend paid 100.00% on $1,067.70; Claim# 6; Filed: $1,475.75; Reference: XXX-XX-1262 | 5300-000 | | 1,067.70 | 15,966.53 |
| 05/07/09 | 112 | Randy Clites | Dividend paid 100.00% on $5,400.00; Claim# 9; Filed: $5,400.00; Reference: XXX-XX-1036 | 5700-000 | | 5,400.00 | 10,566.53 |
| 05/07/09 | 113 | INTERNAL REVENUE SERVICE | Dividend paid 29.62% on $91.50; Filed: $0.00 for FICA | 5800-000 | | 27.11 | 10,539.42 |
| 05/07/09 | 114 | INTERNAL REVENUE SERVICE | Dividend paid 29.62% on $21.40; Filed: $0.00 for Medicare | 5800-000 | | 6.34 | 10,533.08 |
| 05/07/09 | 115 | INTERNAL REVENUE SERVICE | Dividend paid 29.62% on $29.52; Filed: $0.00 for FUTA | 5800-000 | | 8.75 | 10,524.33 |
| 05/07/09 | 116 | INTERNAL REVENUE SERVICE | Dividend paid 29.62% on $29.52; Filed: $0.00 for SUTA | 5800-000 | | 8.75 | 10,515.58 |
| 05/07/09 | 117 | Illinois Department of Revenue | Dividend paid 29.62% on $1,224.70; Claim# 1B; Filed: $1,224.70; Reference: 36-3555763 | 5800-000 | | 362.83 | 10,152.75 |
| 05/07/09 | 118 | Illinois Department of Revenue | Dividend paid 29.62% on $1,762.12; Claim# 2B; Filed: $1,762.12; Reference: 2031-5678 | 5800-000 | | 522.04 | 9,630.71 |

Subtotals :    $51,159.06    $41,528.35

{} Asset reference(s)

Printed: 02/16/2010 03:09 PM    V.11.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 05-75642
**Case Name:** CLITES, JIMMIE
CLITES, JANET
**Taxpayer ID #:** 13-7481658
**Period Ending:** 02/16/10

**Trustee:** BRADLEY J. WALLER (330501)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****50-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/09 | 119 | Department of the Treasury-Internal Revenue Service | Dividend paid 29.62% on $30,242.68; Claim# 19A; Filed: $30,242.68; Reference: | 5800-000 | | 8,959.68 | 671.03 |
| 05/07/09 | 120 | Department of the Treasury-Internal Revenue Service | Dividend paid 29.62% on $2,265.00; Claim# 23; Filed: $2,265.00; Reference: | 5800-000 | | 671.03 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 51,159.06 | 51,159.06 | $0.00 |
| | | | Less: Bank Transfers | | 51,159.06 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 51,159.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $51,159.06 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****50-65 | 69,952.30 | 11,293.24 | 0.00 |
| Checking # ***-*****50-66 | 0.00 | 51,159.06 | 0.00 |
| | $69,952.30 | $62,452.30 | $0.00 |

{} Asset reference(s)

Printed: 02/16/2010 03:09 PM   V.11.54